Randall Tetzner

Full Name/~~Prisoner Number~~

1318 E. Locust

Coeur d'Alene, ID
                                        83814

Complete Mailing Address

Petitioner

U.S. COURTS

JAN 19 2007

REC'D _____ FILED _____
CAMERON S. BURKE
CLERK IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Randall Tetzner<br>Petitioner,<br>(Full name)<br><br>vs.<br>Kootenai County, et al<br><br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. _____
(to be assigned by the Court upon filing)

**APPLICATION
FOR IN FORMA
PAUPERIS STATUS**

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee from my prison trust account in increments, when and as I am able to do so.

1.  Are you employed?  Yes _____ No. **X** . If employed, please state your job title and the total amount of wages you make per month.

    _____     $_____ per month
    Job Title

2.  Within the past twelve (12) months, have you received any money from any of the following sources?

    a.  Business, or other form of self-employment?  Yes___ No **X**
    b.  Rent payments, interest or dividends?  Yes___ No **X**
    c.  Pensions, annuities, or life insurance payments:  Yes___ No **X**
    d.  Gifts or inheritances?  Yes___ No **X**
    e.  Any other sources?  Wife income, child SSI Yes **X** No___
        (State source)

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02) 23

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months.

SSI avg. 489-603/child ea. month x 3 children
wife income $549.00 gross = $28,548/year

3.  Do you have any money, including in ~~prison accounts, or other~~ checking or savings accounts?
Yes **X**    No____.

If the answer is "yes," state the total amount.        $ **100.00** spouses money

4.  Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes____    No **X**.  If the answer is "yes," describe the property and state its approximate value.
House & Car belong solely to spouse

5.  List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support.
Tonya & Amber Tetzner                    $ **220.00**   owe $4,000.00 plus.
                                         $_____

I declare under penalty of perjury that the foregoing is true and correct.

Bills/month

House  985.00    Meds    125.00
Car    257.00    Clothes 150.00
Ins.ca  60.00    Gas     300.00
Respite 100.00   Autism  300.00

Executed on this **16th** day of **January**, 20**07**.

_Randall Tetzner_
Petitioner

I am not a prisoner, forms provided by court.

Medical 100.00
Dental  100.00
Child's medical

Needs not covered 100.00
Utilities @ 600.00
Kids school lunch 45.00

Note: You do not need to send a copy of this document to Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02) 24