*UNITED STATES DISTRICT COURT*
*for the District of Idaho*

---

Randall Tetzner

        PLAINTIFF,                CASE NO. 2:07–cv–00035–EJL

VS.

                                *NOTICE OF AVAILABILITY OF A UNITED STATES*
                                *MAGISTRATE JUDGE TO EXERCISE*
Kootenai County                      *JURISDICTION AND REQUIREMENT FOR*
                                *CONSENT*

        DEFENDANT.

---

In accordance with United States District Court for the District of Idaho General Order #159, and Fed.R.Civ.P. 73, you are notified that a United States Magistrate Judge of this district court is available to conduct any or all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a United States Magistrate Judge is available only if all parties file a written consent, a copy of which is included in this notice.

You may without adverse substantive consequences withhold your consent. No judge shall be informed of a partys response to the clerks notification, unless all parties have consented to the referral of the matter to a United States Magistrate Judge. The decision of the parties shall be communicated to the Clerk of Court.

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Circuit Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

If you wish to consent to this matter being handled by a United States Magistrate Judge, please sign this form and return it to the address at the bottom of this form. If all parties do not consent to the exercise of jurisdiction by a United States Magistrate Judge prior to the Rule 16.1 Scheduling Conference, this matter will not be reassigned.

DATED: 1/19/07                      Cameron S. Burke, Clerk of Court

                                    jg

                                    _____
                                    By Deputy Clerk

### *Consent to the Exercise of Jurisdiction by a United States Magistrate Judge*

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post–judgment proceedings.

| Party Represented | Signature | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*NOTE:* All consents and requests for reassignment should be sent to:
*U.S. District Court, 550 West Fort Street, Boise, ID 83724.*