## UNITED STATES DISTRICT COURT
### FOR THE District of Idaho (LIVE Database)Version 3.0

| | |
|---|---|
| Randall Tetzner ) | Case No. CIV |
| ) | 2:07−cv−00035−EJL |
| Plaintiff(s), ) | |
| ) | |
| v.            ) | ***ORDER OF CONDITIONAL*** |
| ) | ***FILING*** |
| Kootenai County ) | |
| ) | |
| Defendant(s) ) | |
| _____ ) | |

Plaintiff, having lodged an affidavit of indigence and a request for leave to file a complaint and proceed in forma pauperis,

IT IS ORDERED that leave to file in forma pauperis is conditionally granted. Your case was filed on 1/19/07.

FURTHERMORE, the above−referenced case has been assigned to a Magistrate Judge. The affidavit of indigence will be reviewed for sufficiency to determine if plaintiff shall be permitted to continue in forma pauperis.

DATED: 1/19/07                                    Cameron S. Burke, Clerk

***NOTE TO PLAINTIFF −− IT IS YOUR RESPONSIBILITY TO:***
(1) Advise the Court of any change of address.
(2) Correctly label any further pleadings or documents with the above assigned caption and case number.
(3) Provide an original of any pleading or document to be filed. If you request a conformed copy, you must provide an original and one (1) copy.
(4) Mail copies of any further pleadings or documents being filed to all named defendants or Their attorneys.

***Please be advised that no summons will be issued, nor will service be effected on the defendants until the initial review of this case has been completed and the motion to proceed in forma pauperis has been ruled on.***