IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, )<br><br>                    Plaintiff, )<br><br>vs. )<br><br>KOOTENAI COUNTY, et al, )<br><br>                    Defendants. ) | Case No. CV07-35-N-EJL<br><br>ORDER OF REFERRAL |

**IT IS HEREBY ORDERED** that ALL PRETRIAL MATTERS in the above case are referred to United States Magistrate Judge Larry M. Boyle.  Judge Boyle is directed to conduct all necessary and proper proceedings pertaining thereto.

If the pretrial matter is a non-dispositive motion, Judge Boyle is directed to enter an appropriate order as to disposition.  A party contending the order is clearly erroneous or contrary to law shall file written objections with the court within ten (10) days.  28 USC 636(b)(1)(A); Local Rule 72.1.

If the pretrial matter is a dispositive motion, Judge Boyle may conduct any hearings, including evidentiary hearings and submit to the United States District Court proposed findings of fact and recommendations as to disposition.

A party objecting to the proposed findings and recommendations shall file written objections with the court within ten (10) days.  The Court will make a de novo determination of those portions to which objection is made.  28 USC 636(b)(1)(B); Local Rule 72.1.

DATED:  **February 1, 2007**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 1
07ORDERS\Tetzner.WPD