IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO U.S. COURTS

OCT 01 2007

REC'D_____ FILED_____
CAMERON S. BURKE
CLERK IDAHO

Randall Tetzner )
and )
Baby Doe One, a minor child )
)
                 Plaintiffs, ) Case No. CV 07-35-N-ELJ-LMB
)
vs. )
)
Kootenai County, Idaho. et al )
)

## RESPONSE TO REPORT AND RECCOMENDATIONS

1. The court filed said above pleading on 9-13-07 and the plaintiff did not get it until 9-24-07. Plaintiff refers the court to activities that week in documents filed under seal.

2. Under the heading of **BACKGROUND** the court states that this action was filed on January 19, 2007. The plaintiff asserts that this action was in fact filed and file stamped on December 29, 2006

3. As plead in **Motion for Interlineations...** the alleged incidents actually took place December 29 and 30, 2004.

4. Under section **II REPORT** the court goes into the non-affidavit aspect of the plaintiff's request for IFP status, it should be noted that this very form is the form supplied to the plaintiff by the Clerk of the Courts and requires only an affirmation under penalty of perjury. The court states a pro se pleading must be liberally construed, but that plaintiff has failed to state under "28 U.S.C. section 1915 (a)(1) that because of [his] poverty, [he] is unable to pay the costs of said proceeding or give security therefore, and that he [he] believe[s] that [he is] entitled to relief." The plaintiff will remedy this with an affidavit but it was the court who gave me it's own document to use to attain IFP status, even though it appears to be a prisoner's form , the plaintiff was very forthcoming, as much as the form allowed. The Idaho Courts has a web site at http://www.id.uscourts.gov/pro-se.htm which does not work.

5. The affidavit is filed under seal. At the very least can I please get some type of payment arrangements?

1

6. I would be willing to be subjected to a hearing to discuss the great costs involved in raising children with disabilities.

7. I believe I have addressed this issue before under seal with Judge Lodge and was given IFP status. To solely rely upon the Federal Poverty level as a guide would be a great injustice to those of us who raise children with disabilities as we have costs that are never fully covered.

8. I believe the SSI for 2 children may end by November 2007.

9. Currently I am quite ill with a respiratory infection and received this pleading after a 10 day trip in the postal system and after being in the hospital and possibly having to go back has left me little time to respond better.

I request the recommendations be overruled and IFP status be granted and assistance in serving the summons begun or in the alternative for the court to give me a payment system I could meet.

Randall Tetzner Plaintiff Pro Se
1318 E. Locust Ave.
Coeur d'Alene, ID. 83814
(208)667-9090
10-01-07

2