IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO

U.S. COURTS
OCT 01 2007
REC'D _____ FILED _____
CAMERON S. BURKE
CLERK IDAHO

Randall Tetzner )
and )
Baby Doe One, a minor child )
)
           Plaintiffs, ) Case No. CV 07-35-N-ELJ-LMB
)
vs. )
)
Kootenai County, Idaho. et al )
)

## MOTION TO REVIEW DOCUMENTS IN CAMERA AND SEAL DOCUMENTS PERMENENTLY FROM PUBLIC VIEW

The plaintiff moves the court to keep the items filed under seal, permanently sealed. It is an affidavit and a copy of a social security work sheet concerning overpayments. This information also has information on children and their SSI which is protected, medical information that should be protected to avoid embarrassment under rule 26 ....any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense. Even court employees under section 13 have such protection in, MODEL EQUAL EMPLOYMENT OPPORTUNITY PLAN which states to protect a party or person from annoyance, embarrassment

*[signature]*

Randall Tetzner Plaintiff Pro Se
1318 E. Locust Ave.
Coeur d'Alene, ID. 83814
(208)667-9090
9-28-07