**IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO**

U.S. COURTS

OCT 01 2007

REC'D_____ FILED_____
CAMERON S. BURKE
CLERK IDAHO

Randall Tetzner )
and )
Baby Doe One, a minor child )
)
   Plaintiffs, ) Case No. CV 07-35-N-ELJ-LMB
)
vs. )
)
Kootenai County, Idaho. et al )
)

**MOTION AND SUGGESSTIONS FOR INTERLINEATION OR IN THE
ALTERNATIVE TO CORRECT A SCRIVNER'S ERROR**

On or about 9-24-07 Plaintiff received a Report and Recommendations pleading from Judge Boyle. The Pleading stated that Plaintiffs allegations occurred December 29 and 30, 2006.  This is a scrivener's error and the date should be December 29 and 30, 2004. Plaintiff rechecked his pleading which has an original file stamp date of 29 December 2006, and on page 6 section 22 it states **"On or about 12-29-06 plaintiff Randall Tetzner was enjoying free access..."**

The actual date should read 12-29-04 and the plaintiff requests the ability to submit a properly printed page or simply ask that the court change it by hand. Please note line 23 does mention the date 12-30-04 and this did not attract the attention of the court.  Page 7 section 37 also has a scrivener's error of 12-30-06 and states **" On or about 12-30-06 plaintiff returned..."**
The proper date should be 12-30-04

Page 8 section 46. **States " On 12-30-06 plaintiff called Defendant Ellingson within an  hour of the attack..."** This is also a scrivener's error and the date should be 12-30-04.

1

Page 9 section 54 states **"Upon information and belief defendant Kootenai County still does not allow service animal in any government building and in fact at the 2006 Kootenai County Fair had signs up specifically barring dogs with no exceptions for service animals."** This is also a scrivener's error and should read 2005 and 2006. Without the proper dates the plaintiff woul;d have a difficult time showing when actual events occurred since evidence that is time dated will be important and also issues of statutes of limitations would come up. Therefore the plaintiff would request these changes be made so the correct dates are in the pleading.

Randall Tetzner Plaintiff Pro Se
1318 E. Locust Ave.
Coeur d'Alene, ID. 83814
(208)667-9090
9-28-07

2