**UNITED STATES DISTRICT COURT**
District of ~~Idaho~~ Idaho

Randall Tetzner ,
(Plaintiff/Petitioner)

vs.

Kootenai County et al.

_____

_____ ,
(List All Defendants/Respondents)

Cause No. CV 07-35-N-ELJ-LMB
(to be filled in by Clerk of Court)

**MOTION TO PROCEED IN FORMA PAUPERIS**

1.  My name is ___Randy Tetzner___ . In this action, I am (check one):
    a petitioner / plaintiff     ☒
    a defendant                 ☐
    other (explain)             ☐ _____

2.  In support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to relief in the action to which I am or will be a party.

3.  In support of this application, I answer the following questions under penalty of perjury.

4.  Are you currently incarcerated?     Yes ☐     No ☒ (If No, go to Question 5.)

    A.  If Yes, state the place of your incarceration:
        N/A

    B.  Have you been incarcerated at your current   N/A     Yes ☐     No ☐
        institution for the past six months?                  (If Yes, go to Question 5.)

    C.  If No, have you been incarcerated for at least six months?   Yes ☐     No ☐

        1.  If Yes, list all institutions in which you have been incarcerated in the past six months.  State when you entered and when you left each institution:

Last Name of Plaintiff/Petitioner ___Tetzner___

_Motion to Proceed In Forma Pauperis_
_Page 1 of 7_

2.  If No, state the last date on which you were not incarcerated, and list any institutions at which you were incarcerated before your current one:

**NOTE TO PRISONERS:** You will be required to submit an official copy of your inmate trust account statement in support of your Application. You may include your account statement with this Application. Please continue to Question 5.

5.  Are you currently employed?  Yes ☐    No ☒

    A.  If Yes, state the amount of your take-home salary or wages, your pay period, and the name and address of your employer:

    B.  If No, state the date of your last employment, the amount of your take-home salary or wages, your pay period, and the name and address of your last employer: *unemployed approx 5 years due to disibility. Last self employed as Flight Instructor at current home address*

6.  In the past 12 twelve months, have you received any money from any of the following sources?
    *Basing this on when case filed.*

    | | |
    |---|---|
    | A. Business, profession or other self-employment | Yes ☐  No ☒ |
    | B. Rent payments, interest or dividends | Yes ☐  No ☒ |
    | C. Pensions, annuities or life insurance payments | Yes ☐  No ☒ |
    | D. Disability or workers compensation payments | Yes ☒  No ☒ |
    | E. Social Security or retirement benefits | Yes ☒  No ☐ |
    | F. Family or friends | Yes ☐  No ☒ |
    | G. Gifts or inheritances | Yes ☐  No ☒ |
    | H. Any other sources (specify) *Spouse income 2005 22,812* | Yes ☒  No ☐ |

    *new company bought out her employer she makes approx 16000/hr but only gets 32 hours a week*

    If the answer to any of the above is Yes, describe each source of money, state the amount received, the frequency with which you receive it, and what you expect you will continue to receive: *693.00/month My 3 children, disabled. The max. monthly SS amount is 693.00/month it varies children have not recieved that amount in at least a year currently it varies from 99 to 360 approx.*

    *As of Approx April 2007 I began recieving Social Security Disibility, current I only recieve about 350/month, all back pay has been spent. Each child gets 61 dollar extra a month, that may change.*

7.  Do you have any cash or checking or savings accounts?         Yes ☒   No ☐
    If Yes, state the total value of all three: *$500.00 as 1st of the month*

8.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     Yes ☐   No ☒
    If Yes, describe the property and state its value: *The question asks if I own anything, I don't, I live with my spouse she owns a home in her name only valued at about $137,000. perhaps the question should simply be NO?*

Last Name of Plaintiff/Petitioner _Tetzner_

9.  List the persons who are dependent on you for support, state your relationship to each person, and indicate how much you contribute to their support:

Tanya Tetzner    110.00/month
Amber Tetzner    110 00/month
Natosha Tetzer    190.00/month go to 10(J)

10. Prisoners Only (Other Persons go to Question 11):

A.  Have you begun any other lawsuit while incarcerated or detained in any facility?
    Yes ☐    No ☐    (If No, go to Question 11)

B.  For each lawsuit you have filed, answer the following questions.  Attach additional sheets as necessary.

C.  Name the court(s) where each lawsuit was filed.  For federal courts, identify the District; for state courts, identify the county.  Do not include lawsuits filed in the U.S. District Court for the District of Montana.

_____

_____

D.  Name the parties to the previous lawsuit(s):

    Plaintiffs: _____

    Defendants: _____

E.  Docket number(s): _____

F.  Date(s) on which each lawsuit was filed : _____

G.  Disposition and date (For example, was the case dismissed and when? Was it settled?  Appealed?  By whom, plaintiff or defendant? Is the case still pending?):

_____

_____

H.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?
    Yes ☐    No ☐

I.  If you filed any appeal in any federal court of appeals, name the court(s) and give the case number(s) and the disposition: _____

_____

_____

*Last Name of Plaintiff/Petitioner* Tetzner

*Motion to Proceed In Forma Pauperis*
*Page 3 of 7*

10. (J).  Affiant further states this pleading did not reach him until approx 9-24-07. I have been in the hospital for a ½ day, and have some upper respiratory disorder that makes breathing difficult at times.

(k) Plaintiff gave an honest statement as to his wife's income and disabled children's SSI in the previous document. Due to fluctuations in pay, such as sometimes there are 3 pay periods in a month, overtime pay, loss of pay from missed work for childbirth and having no vacation or sick pay are just a few of the things that change a child's SSI. As the plaintiff's Social Security worker described SSI, it is basically federal welfare for children people with disabilities who are at certain low income levels. Social Security is always 3 months behind in determining benefit amounts and frequently they are wrong and overpay or underpay a child. The money cannot be used in frivolous matters but is used to provide a home, utilities, food and clothing. Currently the children each receive under 300 per month. But last month or 2 ago it was over 300.  Social Security due to errors on their part have overpaid the children almost $4,000.00 and currently there is an ongoing procedure dealing with that.  The maximum, amount the child can get is $693.00 but we have not seen that amount in some time. Sometimes the amount Social Security says it will pay can change 2 or more times in a month.

(l) One of the children has autism and takes a medication that makes them more susceptible to heat injury and we utilize more money than most to keep the house cool in the summer. The school district has had to air condition its school bus. We have special costs for the children that run thousands of dollars a year. Children with autism have no concept of danger and we require a safe to keep medications locked into, special keyless locks (approx 8, more needed) to safeguard the child and household items.

(m) Due just to the autism we spend at least approx $1,000.00 (one thousand) on paper towel (USE 1-2 ROLLS PER DAY) and laundry soaps and other cleaning products. Our child with autism frequently urinates other that the toilet when he is upset, we carpet shampoo sometimes everyday, vacuum everyday usually several times a day and wear these products out We utilize a lot of soaps, laundry soap, waterless hand cleaners, mops, and other various cleaning items. This family uses them like no other. Our child with autism has poor toileting skills and we try to keep up good hand washing skills especially when they can go through as many as 6 pairs of underwear in a day, which means we do

Tetzner

3-4 loads of laundry per day in a front load washer. This child also requires sensory integration which costs us $50.00 PER HOUR to obtain. This child stimulates with water and has flooded the house a few times. The video camera we use to help observe him is broken. He requires constant supervision. We have expenses for foods for this child who also has gastric reflux disease and is under the care of a Spokane pediatric gastroenterologist. We have to pay for Benefiber (doctor said use brand name only) which costs about $19.95 for about 60 tablets; this child uses 2 per day. Miralax is also now over-the-counter and this will costs about $40.00 per month for his medical needs.

(n) Some of our autism experts are in Spokane and all three children go to Shriner's Hospital. and we have a local no contract cell phone plan that costs us about $100.00 per month as we also need to be contacted at any time because of the nature of our child's disability.

(o) The affiant further states he recently began receiving Social Security Disability and because of errors beyond affiants control the SSDI is garnished so I only get about $300-$350 per month. I am supposed to get a prescription plan but have spent nearly $400.00 in medications since April 2007. Also because of my nerve and back injury I have I lost my free medications from Phzier and others when I got Medicare due to the new laws' so my medication expense has increased. My pain patches cost about $675.00 per month and at this time I am unsure if I will still be able to afford them. I have a seizure disorder and an injury to my spine that did not respond to surgery. Many of my seizures have been witnessed and as a result of anoxia (per my physician) I ended up with a brain injury from cell death when I stopped breathing during the seizure. Due to my spinal and neurological problems I have foot neuropathy and require what are called "diabetic shoes", Medicare only buys one pair and only if you are a diabetic as I am NOT a diabetic I have to pay for them myself and they are $140.00 per pair and I have 3 pairs. Most people have more than 3 pairs of shoes. Social Securities own experts tested me and said I do in fact suffer from memory loss. I get lost in Coeur d 'Alene and currently my doctor won't let me drive. In fact I forgot about this case until I received the recent pleading. I really need a lawyers help but my notes show I have not been able to find anyone.

Tetzneln                                                          5 of 7

(p) The other 2 children are under going psycho social rehab and have severe behaviors. Their disability also adds to our financial situation of other items required. Our child with autism has severe sensory problems and sensory toys are expensive. Compression clothing for shorts and a T-shirt is about $40.00; children with autism can find relief from an even amount of pressure over their bodies. Sensory toys and items are expensive. Having a child with autism is expensive and they destroy things because of the autism and our child had undergone thousand's of hours of treatment. I am exhausted I get less than 5 hours sleep a night; our son continues to awaken late at night and needs to be monitored when he is awake.

(q) I would need more time to fully go into this area and could probably produce hundreds of pages of documentation if not thousands concerning the autism alone. Simply put regardless of what the poverty level for a family of 5 is we have no money to pay for this action and almost had our water (by 1 day) shut off, our children also qualify for reduced fee breakfast and lunch as school. Our children attend school year round to address their disabilities.

(r) We have tremendous fuel costs from all the transporting we do for medical, school, autism meetings. Despite the social security we really can pay this fee unless it's in small payments.

Tetzner                    6 of 7

**11. Applicant's Declaration**

A.  I understand that I must keep the Court informed of my current mailing address and that my failure to do so may result in denial of this Application without actual notice to me.

B.  (Prisoners Only):  I understand that I may not proceed in forma pauperis if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

C.  I understand that submission of a false statement or answer to any question in this Application may subject me to penalties for perjury.  I, the Applicant, declare under penalty of perjury that I have read the above Application and that the information I have set forth within it is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

_Randall L Tetzner_
Signature of Applicant (sign in presence of Notary Public)

**To be completed by Notary Public:**

I hereby certify that on this day the Applicant, _Randall L. Tetzner_,
personally appeared before me, a Notary Public for the State of ~~Montana~~ Idaho.  The Applicant swears or affirms that s/he is the person named in the foregoing Application, that s/he has read and truthfully completed the contents thereof, and that s/he has executed the Application by his/her own hand.  The Application was SUBSCRIBED AND SWORN before me this _1_ day of _Oct_, 20 _07_

(seal)
RENEE STOCKTON
Notary Public
State of Idaho

Printed Name _Randall L Tetzner_
Notary Public, State of ~~Montana~~ Idaho, County of _Kootenai_
My Commission Expires _5-16-2013_

RENEE STOCKTON
Notary Public
State of Idaho

Rev'd April 2006

Last Name of Plaintiff/Petitioner _Tetzner_