IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, ) | |
| ) | |
| Plaintiff, ) | Case No. CV07-35-N-EJL |
| ) | |
| vs. ) | |
| ) | ORDER |
| KOOTENAI COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 16, 2007, this Court issued an Order Adopting Report and Recommendation (Docket No. 13) wherein the Court denied Plaintiff's Motions to Proceed In Forma Pauperis (Docket Nos. 1, 10) and ordered the Plaintiff to pay the statutory filing fee of $350.00 on or before **January 21, 2008**. Plaintiff was also given notice that "**Failure to pay any payment may result in dismissal of this case without further notice**."

Upon a review of the record, the Court finds an outstanding balance of $250. Therefore, it is hereby ordered that this action shall be dismissed in its entirety without prejudice based upon the Plaintiff's failure to pay the statutory filing fee of $350.

The Clerk of the Court is directed to refund the $100 partial filing fee back to Plaintiff.

DATED: **January 24, 2008**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 1
08ORDERS\Tetzner_dis.WPD