IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, | ) |
| | ) |
| Plaintiff, | ) Case No. CV07-35-N-EJL |
| | ) |
| vs. | ) |
| | ) JUDGMENT |
| KOOTENAI COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based upon the Court's Order entered herewith and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing from the Defendants and this action shall be dismissed in its entirety without prejudice.

DATED:  **January 24, 2008**

_____
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - Page 1
08ORDERS\Tetzner_JDM.WPD