U.S. COURTS

JAN 30 2008

**IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

Randall Tetzner                        )
and                                    )
Baby Doe One, a minor child            )
                                       )
                    Plaintiffs,        )   Case No. CV 07-35-N-ELJ-LMB
                                       )
vs.                                    )
                                       )
Kootenai County, Idaho. et al          )
                                       )

## MOTION TO RECONSIDER DISMISSAL AND MOTION TO ACCEPT ACCOMPYING PLEADINGS UNDER SEAL

1. Enclosed is the remaining $250.00 for filing fees plaintiff asks the court to allow the case to proceed. I ask that previous requests and arguments to be filed under seal also be utilized for additional information filed under seal with this motion. I communicated to the court our water heater repair which took funds. Our car payment is late and we are now broke.

2. This case requires that justice hear it. The defendants have ignored the ADA since it's inception and knew a service animal was allowed in the building, instead they beat a father and assault a 2 year old. The court must hear this case. The FRCP has timelines, most on discovery are never followed which leads to "golden rule" letters, disputes. I am simply 9 days late.

3. I respectfully request this case be allowed to continue.

Randall Tetzner Plaintiff Pro Se
1318 E. Locust Ave.
Coeur d'Alene, ID. 83814
(208)667-9090
1-30-08