Randall L. Tetzner
_____
Full Name

1318 E. Locust Ave
_____
Coeur d' Alene, Id. 83814
_____
(208) 704-3787
_____
Complete Mailing Address

Plaintiff/ Petitioner

U.S. COURTS

JUN 23 2010

Rcvd_____ Filed _____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Randall L. Tetzner,<br>and Baby Doe<br>Plaintiff/ Petitioner,<br><br>vs.<br><br>Kootenai County et al<br>_____<br>_____<br>_____<br>_____<br><br>Defendant(s)/ Respondent(s) | Case No. CV-07-35-EJL-LMB<br><br>**APPLICATION FOR IN FORMA PAUPERIS STATUS**<br>(Non-Prisoner) |

The undersigned seeks in forma pauperis status pursuant to 28 U.S.C.

§ 1915.  In forma pauperis status allows a litigant to proceed with filing a

**IFP NON-PRISONER CIVIL- 1**

Complaint or Petition without the prepayment of fees. This Application is

intended to take the place of an in forma pauperis motion and affidavit and to

provide the information necessary for the Court to make an informed decision

regarding the Applicant's eligibility for in forma pauperis status pursuant to 28

U.S.C. § 1915.

1.    Nature of the action. Please provide a brief description of your case or

claims:

Civil Rights violation, American with Disibilities Act violation, Plaintiff and child took protected service animal into County Building after discussion with County Attorney, next day, I and my daughter were then physically assaulted by security until we left. No ADA compliance officer was identified when requested, instead we were beat up,

2.    Are you employed? Yes _____. No __X__. If employed, please state

your job title and

the total amount of wages you make per month.

_____disable_____                                    $___∅___ per
                                                      month
Job Title

3.    Within the past twelve (12) months, have you received any money from

**IFP NON-PRISONER CIVIL- 2**

any of the

following sources?

    a.    Business, or other form of self-employment?    Yes ___ No X

    b.    Rent payments, interest, or dividends?    Yes ___ No X

    c.    Pensions, annuities, or life insurance payments? Yes ___ No X

    d.    Gifts or inheritances?    Yes ___ No X

    e.    Government assistance?    Yes X No ___
        (Includes Social Security, disability, food stamps)

    f.    Any other sources of income*?    Yes X No ___

    *If you are married or otherwise living in a joint household, include all sources of income that go toward paying your individual or joint expenses.

    Please identify any and all sources of income and state the amount received

from each during the past twelve (12) months. _my SSDI approx 490.00 to 600.00, state of_ _Missouri usually takes 190.00 for alleged child support, I have prevailed on one child support action but the state refuses to stop garnishing_ _Spouse W-2 = 26,577_ _Total Social Security for all in 2009 ~ 9,623_

    4.    Do you have any money in any bank accounts, including checking and/ or

IFP NON-PRISONER CIVIL- 3

savings accounts? Yes _X_ No ___. If yes, please state the total amount.

$ _approx 1500.00 from tax refund_

5.    Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding household furnishings and clothing) Yes _X_ No ___.

If yes, please describe the property and state its approximate value.

_Our home owed $114,000, value approx $100,000. in default on the loan. A car Ford Escape valued at $9,000, balance owed $4,500_

_1993 high mileage Mitsubishi balance worth $500.00 Needs struts._

6.    Please list any persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support.

_Spouse, Adults 3 minor children. (emancipated alleged back child support. (approx 190.00 to emancipated child) entire remainder of my SSDI goes to spouse and 3 minor children. Previous support case terminated May or June 2009. State still taking money._

IFP NON-PRISONER CIVIL- 4

_____

_____

_____

_____

_____

7.    Please list any other significant debts or other financial obligations that

impact you ability to pay the fees associated with bringing this lawsuit

Being sued for $ 1587.98
Student Loan $6,800.00
Car payment $ 250.00 /month
House payment $ 975.00/month
$52.00 ~ home phone/internet
cell $ 62.00, cable $62.00
Dental appmt $ 500.00
medical for kids now at $ 220.00/month
Plaintiff's meds: $ 50.00 /month.
Spouse meds $ 30.00 /month.
childrens meds $ 40-50 /month
laundry $ 30.00 /month  = 75.00
cleaning supplies $ 50.00 /month.
Car Insurance $ 125.00/month
food $ 400-500/month
personal items $ 150.00/month
credit card debt $ 1600.00
children shoes + summer clothes $ 300.00
Home upkeep and maintenance $ 2000.00 to $3,500.00

IFP NON-PRISONER CIVIL- 4

_____

_____

I declare under penalty of perjury that I believe I am entitled to redress and that I am unable to pay the relevant fees or give security therefor and still be able to provide myself and my dependents (if any) with the necessities of life. I further declare that the foregoing information is true and correct.

Executed on this 22 day of June , 20 10 .

_____
Plaintiff/ Petitioner

Note: You do not need to send a copy of this document to the Defendant/ Respondent. Notarization is not necessary because the Application is signed under penalty of perjury.

IFP NON-PRISONER CIVIL- 4