AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Randall L. Tetzner, et al <br> _Plaintiff_ <br><br> v. <br><br> Kootenai County, Idaho, et al <br> _Defendant_ | ) ) ) ) ) ) ) |

Civil Action No. CV 00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Mike Bragdon, aka Mike Brag aka mike Borg John Doe number one 451 Government Way, Coeur d' Alene, Id 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH**, Clerk

_CLERK OF COURT_

Crystal Staaben

_Signature of Clerk or Deputy Clerk_

Date: 3-3-11

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

**U.S. COURTS**

Civil Action No.

MAR 03 2011

**PROOF OF SERVICE**   Rcvd_____ Filed 4/ Time_____

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4* SMITH, CLERK
CLERK, DISTRICT OF IDAHO

This summons for *(name of individual and title, if any)* Mike Bragdon, Mike Brag aka John Doe
was received by me on *(date)* 3-3-2011 .   number one

☒ I personally served the summons on the individual at *(place)* Place of employment, 451
N. Government Way coeur d'alene Id. 83814   on *(date)* 3-3-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ _____ for services, for a total of $ 5.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

Gary Mann
*Server's signature*

Gary Mann   Server
*Printed name and title*

115 homested Ln Plummer Idaho 83851
*Server's address*

Additional information regarding attempted service, etc: