AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Randall L Tetzner, etal
*Plaintiff*

v.

Kootenai County, etal
*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. CV00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John weick, President Watson Agency, agent of Kootenai county
serve Kootenai county Clerk Clifford T. Hayes
451 N. Government Way
Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date: 3-2-11

Crystal Staaben
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

U.S. COURTS

MAR 0 3 2011

Filed_____ Time_____
Rcvd_____
ELIZABETH A. SMITH, CLERK
CLERK (DEPUTY) OF IDAHO

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) John Weick

was received by me on (date) 3-3-2011 .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Clifford T. Hayes _____ , who is
designated by law to accept service of process on behalf of (name of organization) Kootenai County
Idaho A municipal Government and its agents on (date) 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ 5.00 for travel and $ ———— for services, for a total of $ 5.00
0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
Server's signature

Gary Mann    Server
Printed name and title

115 homestead Ln plummer Id 83851
Server's address

Additional information regarding attempted service, etc: