AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Randall L Tetzner, etal
_____
Plaintiff

v.

Kootenai County, etal
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. CV 00035 - EJL - LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Watson Agency, Inc Idaho Corporation and agent of Kootenai
county serve Kootenai County clerk clifford T. Hayes
451 N. Government way
Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

*CLERK OF COURT*

Date: 3-2-11 _____

_____
*Signature of Clerk or Deputy Clerk*

U.S. COURTS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

MAR 0 2011

Civil Action No.

Recvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
DISTRICT OF IDAHO

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Watson Agency Inc
was received by me on *(date)* 3-3-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T Hayes , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Idaho A municipal government *(and its agent)* on *(date)* 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ ——— for services, for a total of $ 5.00 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_Gary Mann_
Server's signature

Gary Mann       Server
Printed name and title

115 homested Ln Plummer Id 83851
Server's address

Additional information regarding attempted service, etc: