AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Randall L Tetzner, etal ) 
*Plaintiff*

v.   )   Civil Action No.   CV 00035 - EJL - LMB

Kootenai county, etal )
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Erika Ellingsen aka Erika Grubbs
former Kootenai County attorney
serve Kootenai County clerk clifford T. Hayes
451 N. Government way.
Coeur d' Alene Idaho 83814
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date:  3-2-11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

U.S. COURTS

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

MAR 03 2011

ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

This summons for *(name of individual and title, if any)* Erica Ellingson
was received by me on *(date)* 3-3-2011.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T Hayes _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Idaho & Municipal Government
and its agents on *(date)* 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
*Server's signature*

Gary Mann    Server
*Printed name and title*

115 home Sted Ln Plummer Id
*Server's address*
83851

Additional information regarding attempted service, etc: