AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Randall L. Tetzner et.al
_____
*Plaintiff*

v.

Kootenai County, Idaho et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. CV-00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Katie Brody former county commissioner
serve ~~clerk~~ Kootenai County clerk clifford T. Hayes
451 N. Government Way
Coeur d' Alene, ID- 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

*CLERK OF COURT*

Date: 3-2-11
_____

Crystal Staaben
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

U.S. COURTS

MAR 03 2011

Filed _____ Time _____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

This summons for *(name of individual and title, if any)* Katie Brody

was received by me on *(date)* 3-3-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T. Hayes , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Idaho, A Municipal Government and its agents on *(date)* 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 5.00 for travel and $ ——— for services, for a total of $ 5.00
0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_Gary Mann_
Server's signature

Gary Mann          Server
Printed name and title

115 homestead Ln Plummer Id 83851
Server's address

Additional information regarding attempted service, etc: