AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Randall L. Tetzner et al
)
)
Plaintiff
)
)
v.
)
Civil Action No. CV00035- EJL-LMB
)
Kootenai County, Idaho
)
)
Defendant
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kootenai County Idaho
Serve Kootenai County Clerk
Clifford T. Hayes
451 N. Government Way   coeur d'alene, Id.
82814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

*CLERK OF COURT*

Date: 3-3-11

_____
*Signature of Clerk or Deputy Clerk*

U.S. COURTS

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

MAR 0 ~ 2011

Civil Action No.

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kootenai County Idaho

was received by me on *(date)* 3-3-2011          .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T. Hayes          , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Idaho, a municipal government          on *(date)* 3-3-2011 ; or
and its agents

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00   for travel and $ —   for services, for a total of $ 5.00   .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
*Server's signature*

Gary Mann   Server
*Printed name and title*

115 homested Ln Plvmmer Id 83851
*Server's address*

Additional information regarding attempted service, etc: