AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Randall L Terzner, etal )
Plaintiff )
)
v. )    Civil Action No. CV00035 - EJL-LMB
)
Kootenai County, etal )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mike Bragdon, aka Mike Brag aka John Doe member one Security Guard watson Agency and Agent for Kootenai County serve Kootenai County Clerk Clifford T. Hayes 451 No Government Way Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

*CLERK OF COURT*

Date: 3-2-11                    _Crystal Staalea_
　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* mike Bragdon aka mike Brag aka John
was received by me on *(date)* 3 - 3 - 2011 .  Doc Number one

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T. Hayes _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* County employees and
thier agents of Kootenai County on *(date)* 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ — for services, for a total of $ 5.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
*Server's signature*

Gary Mann  server
*Printed name and title*

115 homestead Ln Plummer Id 83851
*Server's address*

Additional information regarding attempted service, etc:

U.S. COURTS

MAR 0 3 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO