AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Randall L. Tetzlaff et al )
)
*Plaintiff* )
)
v. )     Civil Action No. CV00035-E JL-LMB
)
Kootenai County, Idaho, et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rick Currie former Kootenai County Commissioner
serve Kootenai County Clerk Clifford T. Hayes
451 N. Government Way
Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date: 3-2-11

Crystal Stacken

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rick Currie

was received by me on *(date)* 3-3-2011 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T Hayes _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County

Idaho, A Municapal Government and its agents on *(date)* 3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 500 for travel and $ —— for services, for a total of $ 5.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
Server's signature

Gary Many          Server
Printed name and title

15 homestead Ln Plummer Id 83851
Server's address

Additional information regarding attempted service, etc:

U.S. COURTS

MAR 03 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO