AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Randall L. Tetwer, et al
*Plaintiff*

v.

Kootenai County Idaho et al
*Defendant*

)
)
)
)
)
)
)

Civil Action No. CU 0000 35-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gus Johnson former County Commissioner
Serve Kootenai County Clerk Clifford T. Hayes
451 N. Government Way
Coeur d' Alene Id 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date:  3-2-11

Crystal Sfaeben

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gus  Johnson

was received by me on *(date)*  3-3-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Clifford T. Hayes , who is

designated by law to accept service of process on behalf of *(name of organization)*  Kootenai County
Idaho  A, municipal government  and its agent  on *(date)*  3-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  500  for travel and $ ———— for services, for a total of $  5.00
0.00  .

I declare under penalty of perjury that this information is true.

Date:  3-3-2011

Gary Mann
*Server's signature*

Gary Mann    Server
*Printed name and title*

115 homestead Ln  Plummer Id 83851
*Server's address*

Additional information regarding attempted service, etc:

U.S. COURTS

MAR 03 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO