AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

U.S. COURTS

MAR 03 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

Randall L Tetzner, et al
_____
Plaintiff

v.

Kootenai County, et al
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. CV00035 − EJL − LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cheri Bates former personal director Kootenai County
serve Kootenai county clerk clifford Hayes
451 N. Government Way
Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date: 3-2-11 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

U.S. COURTS

Civil Action No.

MAR 03 2011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Rcvd _____ Filed _____ Time _____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

This summons for *(name of individual and title, if any)*  Cheri Bates
was received by me on *(date)*  3-3-2011  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Clifford T Hayes  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Kootenai County
and its agents  on *(date)*  3-3-2011  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  5.00  for travel and $ ——— for services, for a total of $  500  0.00  .

I declare under penalty of perjury that this information is true.

Date:  3-3-2011

_Gary Mann_
Server's signature

Gary Mann          Server
Printed name and title


115 homested Ln Plummer Id 83851
Server's address

Additional information regarding attempted service, etc: