AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

U.S. COURTS

MAR 03 2011

Rcvd _____ Filed _____ Time _____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

Randall L Tetzner, etal
 _____
          *Plaintiff*
                                                    )
                                                    )
                                                    )
                                                    )    Civil Action No. CV 00035 - EJL - LMB
                                                    )
                                                    )
                                                    )

v.

Kootenai county , etall
 _____
          *Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Julie weick CEO watson Agency, agent of Kootenai county
serve Kootenai county clerk clifford T. Hayes
451 N. Government Way
Coeur d' Alene Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

CLERK OF COURT

Date: 3-2-11                    *Crystal Shaben*
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

U.S. COURTS

MAR 03 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Julie Weick

was received by me on *(date)* 3-3-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifford T Hayes , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai county
Idaho 4 Municipal Government and its agents on *(date)* 3-3-201 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ ———— for services, for a total of $ 5.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-3-2011

_____
Server's signature

Gary Mann       Server
Printed name and title

115 homestead Ln plummer Id
Server's address     83851

Additional information regarding attempted service, etc: