AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the *District of Idaho*

Randall Tetzner, et al
*Plaintiff*

v.

Kootenai County, Idaho, et al
*Defendant*

Civil Action No. 07CV00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Julie Weick CEO Watson Agency in her official capacity, and individual  serve Kootenai County as agent for Kootenai County clerk Clifford T. Hayes, 451 N Government Way, Coeur d'Alene, Id. 83854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randy Tetzner, Pro Se  1318 E. Locust Ave,  Coeur d'Alene, Id. 83814      208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
ELIZABETH A. SMITH, Clerk

Date: 3/4/11

_____
*Signature of Clerk or Deputy Clerk*

U.S. COURTS
MAR 11 2011
Time_____
Rcvd_____ Filed_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

U.S. COURTS

MAR 11 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Julie Weick

was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Pat Raffee (chief Deputy clerk) who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County

A Municipal Government on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ ———— for services, for a total of $ 5.00 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-4-2011

_____
Server's signature

Gary Mann        Server
Printed name and title

115 homested Ln plummer Id 83851
Server's address

Additional information regarding attempted service, etc: