AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the *District of Idaho*

| | |
|---|---|
| Randall Tetzner etal<br>*Plaintiff* | ) <br> ) <br> ) <br> ) |
| v. | ) |
| Kootenai County Idaho etal<br>*Defendant* | ) <br> ) <br> ) <br> ) |

Civil Action No. 07CV 00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cheri Bates, in her official capacity Former Personal Director Kootenai County Idaho serve County clerk Clifford T. Hayes 451 N. Government Way, Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy Tetzner, Pro Se   208-704-3787 1318 E. Locust Ave Coeur d' alene, Id. 83814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
ELIZABETH A. SMITH, CLERK

Date: 3/4/11

U.S. COURTS
MAR 11 2011
Filed____ Time____
Rcvd____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

*Signature of Clerk or Deputy Clerk*

U.S. COURTS

MAR 11 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cheri Bates

was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Raffee (Chief deputy Clerk) , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
A Municipal Government on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ ———— for services, for a total of $ 5.00
0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-4-2011

_____
Server's signature

Gary Mann        Server
Printed name and title

115 homested Ln plumme (Id 83851
Server's address

Additional information regarding attempted service, etc: