AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Idaho

Randall L. Tetzner Et al
_____
Plaintiff

v.

Kootenai County Idaho et al
_____
Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No. O7CV00035-EJC-LmB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Panabaker
in his offical ~~and~~ capacity.
Serve Kootenai County ~~~~ Clerk
Clifford T Hayes. 451 N. Government way
Coverd Alene Idaho 53814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy Tetzner, Pro Se
1318 E Locust Ave     208-704-3787
Coverd Alene Idaho 83814
208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT ELIZABETH A. SMITH, Clerk

Date: 3/4/11

_____
Signature of Clerk or Deputy Clerk

U.S. COURTS
MAR 11 2011
Filed____ Time____
Rcvd____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

U.S. COURTS
MAR 11 2011
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Richard Panabaker

was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Pat Raffee (chief deputy clerk) , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County

4 Municipal Government on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ _____ for services, for a total of $ 5.00
0.00

I declare under penalty of perjury that this information is true.

Date: 3-4-2011

_____
Server's signature

Gary Mann    Server
Printed name and title

115 homestead Ln Plummer Id 83851
Server's address

Additional information regarding attempted service, etc: