AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Idaho

Randall Tetzner Et Al
_____
Plaintiff

v.

Kootenai County Idaho Et Al
_____
Defendant

)
)
)
)
)
)
)
)

Civil Action No. 07CV00035-ESL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katie Brody in her official capacity.
Serve Kootenai County clerk
Clifford T. Hayes 451 N Government Way
coeur d Alene Idaho 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy Tetzner, Pro Se
1318 E Locust Ave
Coeur d Alene Id
83814

208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

CLERK OF COURT

Date: 3/4/11

Signature of Clerk or Deputy Clerk

U.S. COURTS

MAR 11 2011

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

U.S. COURTS

MAR 11 2011

Rcvd_____Filed____ Time____

ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Katie Brody

was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Raffee (chief Deputy Clerk) , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County

A municipal Government on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 5.00 for travel and $ ——— for services, for a total of $ 5.00 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-4-2011

_____
Server's signature

Gary mann        Server
*Printed name and title*

115 homested Ln Plummer Id 83851
*Server's address*

Additional information regarding attempted service, etc: