AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Idaho

Randall L Tetzner Et Al
_____
_Plaintiff_

v.

Kootenai County Idaho, Et Al
_____
_Defendant_

) 
) 
) 
) 
) 
) 
) 
) 
) 

Civil Action No. 07CV00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Gus Johnson in his official capacity.
Serve Keotenai county clerk
Clifford T. Hayes: 451 N Government way
Cover d Alene Idaho 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy Tetzner Pro Se        208-704-3787
1318 E Locust Ave
cover d Alene Idaho 83814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT ELIZABETH A. SMITH, Clerk

Date: _3/4/11_

_Signature of Clerk or Deputy Clerk_

U.S. COURTS
MAR 11 2011
Time____
Filed_____
Rcvd_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

**U.S. COURTS**

Civil Action No.

**MAR 11 2011**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
~~CLERK, DISTRICT OF IDAHO~~

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gus Johnson
was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Raffee (chief Deputy clerk) , who is
designated by law to accept service of process on behalf of *(name of organization)* kootenai county
A municipal Government on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 5.00 for travel and $ ——— for services, for a total of $ 5.00
0.00 .

I declare under penalty of perjury that this information is true.


Date: 3-4-2011

_Gary Mann_
*Server's signature*

Gary Mann          Server
*Printed name and title*


115 homested Ln Plummer Id 83851
*Server's address*

Additional information regarding attempted service, etc: