AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the _District of Idaho_

Randall L Tetzner Et Al )
_____ )
Plaintiff )
)
v. ) Civil Action No. 07CV00035-EJL-LmB
)
Kootenai County Idaho, et al )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Rick Currie Former County Commissioner
2608 Honeysuckle
Couer d Alene Idaho 83815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy Tetzner, Pro Se
1318 E Locust Ave          208-704-3787
Couer d Alene Id 83814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
ELIZABETH A. SMITH, Clerk

Date: 3/4/11

_____
Signature of Clerk or Deputy Clerk

U.S. COURTS
MAR 11 2011
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

U.S. COURTS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

MAR 1 1 2011

Civil Action No.

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rick Currie

was received by me on *(date)* 3-4-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney John A Cafferty , who is
designated by law to accept service of process on behalf of *(name of organization)* Rick Currie in
his individual capacity on *(date)* 3-4-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 5.00 for travel and $ ——— for services, for a total of $ 5.00 0.00 .

I declare under penalty of perjury that this information is true.


Date: 3-4-2011

_____
*Server's signature*

Gary Mann          Server
*Printed name and title*


115 homested Ln Plummer IC 83851
*Server's address*


Additional information regarding attempted service, etc:

See Attached Acknowledgment of service

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Randall TETZNER AND Baby Doe One,
a minor child,

        Plaintiffs,

vs.

Kootenai County, Idaho, a municipal
governmental body

Rick Currie
Gus Johnson
Katie Brody
Kootenai County Commissioners,

Erica Ellingson
a.k.a.
Erica Grubbs
Kootenai County Attorney,

Cheri Bates
Former Personnel Director Kootenai
County,

Watson Agency, INC.
Idaho Corporation and agent of
Kootenai County,

John Weick, CEO
Watson Agency, agent of Kootenai
County,

Mike Bragdon,
a.k.a.
Mike Brag
a.k.a
John doe number one

Case No.  07-CV-00035-EJL-LMB

**ACKNOWLEDGMENT OF SERVICE**

ACKNOWLEDGMENT OF SERVICE-- 1

Security Guard Watson Agency and
Agent for Kootenai County,

John Does 2 thru 50,
Unknown defendants

      Defendants.

The undersigned, John A. Cafferty, Civil Deputy Prosecutor for Kootenai County, hereby acknowledges receipt of a true and correct copy of the Complaint filed in the above-entitled action, and Summonses issued to former Kootenai County Commissioners Katie Brodie, Rick Currie, Gus Johnson, Richard Panabaker, and to Erika Grubbs, Attorney at Law, and acceptance of service thereof is hereby acknowledged on behalf of Defendants Katie Brodie, Rick Currie, Gus Johnson, Richard Panabaker, and Erika Grubbs, in their respective individual capacities.

Dated this _____ day of March, 2011.

KOOTENAI COUNTY

JOHN A. CAFFERTY
Civil Deputy Prosecutor

**ACKNOWLEDGMENT OF SERVICE– 2**