AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the *District of Idaho*

Randall L. Tetzner, et al )
*Plaintiff* )
)
v. ) Civil Action No. 07 CV 00035-EJL-LMB
)
Kootenai County Idaho et al )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mike Bragdon, aka Mike Brag aka John Doe
number one serve Kootenai County Clerk Clifford T. Hayes.
451 N. Government Way
Coeur d' Alene Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy Tetzner, Pro Se
1318 E. Locust Ave.
Coeur d' Alene. Id. 83814
208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ELIZABETH A. SMITH, Clerk

Date 3/11/11

*Signature of Clerk or Deputy Clerk*

U.S. COURTS
MAR 11 2011
Time
Rcvd___ Filed___
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

[

U.S. COURTS

MAR 1 1 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  mike Brag

was received by me on *(date)*  3-4-2011  .

☐ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Pat Raffee (chief Deputy clerk) , who is

designated by law to accept service of process on behalf of *(name of organization)*  Kootenai county

a municipal Government  on *(date)*  3-4-2011  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  5.00  for travel and $ ———  for services, for a total of $  5.00
0.00

I declare under penalty of perjury that this information is true.

Date: 3-4-2011

_Gary Ma_____
Server's signature

Gary Mann        Server
Printed name and title


115 homested Ln plummer Id 83851
Server's address

Additional information regarding attempted service, etc: