AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the *District of Idaho*

Randall Tetzner
_____
Plaintiff

v.

Kootenai County, Idaho
_____
Defendant

Civil Action No. 07CU00035- ELJ-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Doe number one aka mike
Braydon aka Mike Brag, employed at 451 N. Government Way, Kootenai County
Admin Bldg. Coeur d' Alene, Id. 83814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy Tetzner          208-704-3787
1318 E. Locust Ave
Coeur d. Alene, Id. 83814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
ELIZABETH A. SMITH, Clerk

Date: 3/4/11

_____
Signature of Clerk or Deputy Clerk

U.S. COURTS
MAR 11 2011
Time_____
Rcvd_____ Filed_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

U.S. COURTS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

MAR 1 1 2011

Civil Action No.

Rcvd_____Filed____Time____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Doe number one AKA mike Bragdon
was received by me on *(date)*  3-4-2011   AKA mike Brgg

☒ I personally served the summons on the individual at *(place)*  place of Employment
451 N Government way coeur dAlene Id.  on *(date)*  3-4-2011  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  5.00  for travel and $  ———  for services, for a total of $  5.00
0.00

I declare under penalty of perjury that this information is true.

Date:  3-4-2011

*Gary Mann*
_____
Server's signature

Gary Mann    Server
_____
Printed name and title

115 homested Ln plummer Idaho
_____
Server's address    83851

Additional information regarding attempted service, etc: