AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District of Idaho

Randall L. Tetzner et al
_____
Plaintiff

v.

Kootenai County Idaho
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. 07cv00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erika Ellingsen aka Erika Grubbs
Kootenai County Attorney
11208 Coeud'Alene River Rd
Kingston, Idaho 83839

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Randy Tetzner,  Pro Se
1318 E. Locust Ave,
Coeur d'alene Id. 83814
208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

CLERK OF COURT

Date: 3-3-11 _____

_____
Signature of Clerk or Deputy Clerk

U.S. COURTS
MAR 11 2011
Filed_____Time_____
Rcvd____ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Randall TETZNER AND Baby Doe One, a minor child,

        Plaintiffs,

vs.

Kootenai County, Idaho, a municipal governmental body

Rick Currie
Gus Johnson
Katie Brody
Kootenai County Commissioners,

Erica Ellingson
a.k.a.
Erica Grubbs
Kootenai County Attorney,

Cheri Bates
Former Personnel Director Kootenai County,

Watson Agency, INC.
Idaho Corporation and agent of Kootenai County,

John Weick, CEO
Watson Agency, agent of Kootenai County,

Mike Bragdon,
a.k.a.
Mike Brag
a.k.a
John doe number one

Case No.  07-CV-00035-EJL-LMB

**ACKNOWLEDGMENT OF SERVICE**

ACKNOWLEDGMENT OF SERVICE– 1

Security Guard Watson Agency and
Agent for Kootenai County,

John Does 2 thru 50,
Unknown defendants

       Defendants.

The undersigned, John A. Cafferty, Civil Deputy Prosecutor for Kootenai County, hereby acknowledges receipt of a true and correct copy of the Complaint filed in the above-entitled action, and Summonses issued to former Kootenai County Commissioners Katie Brodie, Rick Currie, Gus Johnson, Richard Panabaker, and to Erika Grubbs, Attorney at Law, and acceptance of service thereof is hereby acknowledged on behalf of Defendants Katie Brodie, Rick Currie, Gus Johnson, Richard Panabaker, and Erika Grubbs, in their respective individual capacities.

Dated this _____ day of March, 2011.

KOOTENAI COUNTY

JOHN A. CAFFERTY
Civil Deputy Prosecutor

**ACKNOWLEDGMENT OF SERVICE– 2**