IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER,<br><br>       Plaintiff,<br><br>vs.<br><br>KOOTENAI COUNTY, et al,<br><br>       Defendants. | )<br>)<br>) Case No. CV07-035-N-EJL<br>)<br>)<br>) ORDER ADOPTING REPORT<br>) AND RECOMMENDATION<br>)<br>)<br>) |

Before the Court in the above entitled matter are Motions filed by the Plaintiff, Randall Tetzner, seeking leave to proceed in forma pauperis. (Dkt. Nos. 25, 28.) The Court referred the Motions to United States Magistrate Judge Larry M. Boyle who issued Report and Recommendations ("Report") on the Motions, recommending that the Court deny the same. (Dkt. Nos. 26, 29.) In response, Mr. Tetzner filed a response to the Magistrate's Report (Dkt. No. 27) and submitted his $350.00 filing fee. Any party may challenge a Magistrate Judge's proposed recommendation by filing written objections within ten days after being served with a copy of the magistrate's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate. *Id.*; *see also* Fed. R. Civ. P. 72(b).

## DISCUSSION

The Reports concluded that the Motions to Proceed In Forma Pauperis should be denied. (Dkt. Nos. 26, 29.) The Court has conducted a de novo review of the record in this case and finds that the Magistrate Judge's conclusions are well founded and consistent with this Court's review of the record. The "Response" filed in relation to the first Report provides further discussion of Mr. Tetzner's financial and living circumstances that do not

ORDER - Page 1
11ORDERS\Tetzner_rnr.WPD

change this Court's view of the pending Motions. (Dkt. No. 27.) Further, Mr. Tetzner has since submitted his filing fee in this matter. As such, this Court will adopt the Reports (Dkt. Nos. 26, 29) and deny the Motions (Dkt. Nos. 25, 28.)

## ORDER

Having conducted a de novo review of the Report and Recommendations, this Court finds that Magistrate Judge Boyle's Report and Recommendations are well founded in law and consistent with this Court's own view of the evidence in the record. Acting on the recommendations of Magistrate Judge Boyle, and this Court being fully advised in the premises, IT IS HEREBY ORDERED that the Report and Recommendations entered on October 2, 2009 and February 7, 2011, (Dkt. Nos. 26, 29) are hereby, **INCORPORATED** by reference and **ADOPTED**.

**THEREFORE IT IS HEREBY ORDERED** that Plaintiff's Motions to Proceed In Forma Pauperis (Dkt. Nos. 25, 28) are **DENIED**.

DATED:  **March 16, 2011**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 2
11ORDERS\Tetzner_rnr.WPD