PETER C. ERBLAND, ISBA #2456
SEANN M. MUMFORD, ISBA #8069
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; RICHARD PANABAKER, Former Kootenai County Commissioner; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants,<br><br>Defendants. | Case No. CV 07-00035-EJL-LMB<br><br>**DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' FE.R.CIV.P. 4(M) AND 12(B) MOTION TO DISMISS** |

Defendants, Kootenai County, Elmer Currie, Gus Johnson, Katie Brodie, Richard

Panabaker, Erika Grubbs, and Cherie Bates (referred to collectively as "the County Defendants"),

DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' FED.R.CIV.P. 4(M) AND 12(B) MOTION TO DISMISS - 1

pursuant to Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure, move the Court for an order dismissing Plaintiff's Complaint, and all claims and causes of action alleged therein against the County Defendants.  In support of this Motion, the County Defendants rely on the documents and pleadings already on file with the Court, their supportive Memorandum, and the Affidavits of Richard Panabaker, Cherie Bates, Erika Grubbs, and Elmer Currie.

DATED this _25th_ day of _March_____, 2011.

PAINE HAMBLEN LLP

Seann M. Mumford
Attorney for County Defendants

**DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' FED.R.CIV.P. 4(M) AND 12(B) MOTION TO DISMISS - 2**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner
1318 E. Locust
Coeur d'Alene, ID 83814

☐   CM/ECF SYSTEM
☒   US MAIL
☐   OVERNIGHT MAIL
☐   TELECOPY (FAX) to:
☐   E-MAIL TO:

H:\CDADOCS\00228\00241\PLEAD\C051796

**DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' FED.R.CIV.P. 4(M) AND 12(B) MOTION TO DISMISS - 3**