PETER C. ERBLAND, ISBA #2456
SEANN M. MUMFORD, ISBA #8069
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants,<br><br>Defendants. | Case No. CV 07-00035-EJL-LMB<br><br>**AFFIDAVIT OF CHERIE BATES IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', CHERIE BATES' MOTION TO DISMISS** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| County of Contra Costa | ) |

Cherie Bates, being first duly sworn on oath, deposes and states:

**AFFIDAVIT OF CHERIE BATES - 1**

1.    I am a named defendant in the above-entitled action.

2.    I was a Kootenai County, Idaho resident from July of 1964 up through August of 2005.

3.    I was an employee of Kootenai County from April of 2002 through August of 2005.

4.    In August of 2005, I moved from Kootenai County, Idaho to Santa Monica, California located in Los Angeles County.

5.    In August of 2006, I moved from Santa Monica, California to San Ramon, California which is located in Contra Costa County. Since that time I have continuously lived in the city of San Ramon and county of Contra Costa, California.

6.    I first became aware that Plaintiff had filed the above-entitled action, and that I had been named a defendant therein, when I was served with process in this case on Monday, March 7, 2011

DATED this 24th day of March, 2011.

_____
Cherie Bates

On this 24th day of March, 2011, before me the undersigned Notary Public, personally appeared Cherie Bates, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

(SEAL)

_____
Notary Public for California
Residing at: Danville, CA 94526
Commission Expires: Feb. 26, 2013



ANN J. HANDLING
Commission # 1838364
Notary Public - California
Contra Costa County
My Comm. Expires Feb 26, 2013

AFFIDAVIT OF CHERIE BATES - 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner        ☐   CM/ECF SYSTEM
1318 E. Locust        ☒   US MAIL
Coeur d'Alene, ID 83814    ☐   OVERNIGHT MAIL
                                         ☐   TELECOPY (FAX) to:
                                         ☐   E-MAIL TO:

H:\CDADOCS\00228\00237\PLEAD\C052146

**AFFIDAVIT OF CHERIE BATES - 3**