PETER C. ERBLAND, ISBA #2456
SEANN M. MUMFORD, ISBA #8069
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants, )<br><br>Defendants. ) | Case No. CV 07-00035-EJL-LMB<br><br>**AFFIDAVIT OF ERIKA GRUBBS IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS** |

STATE OF IDAHO    )
                 ) ss.
County of Kootenai    )

Erika Grubbs, being first duly sworn on oath, deposes and states:

**AFFIDAVIT OF ERIKA GRUBBS IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 1**

1.    I am a named defendant in the above-entitled action.

2.    At all time relevant to this case, I have been an Idaho citizen and resident, living and residing either in Kootenai County or Shoshone County.

3.    At all times relevant to this case, I have practiced law in Kootenai County, Idaho, first as an attorney for Kootenai County, where I worked until on or about June, 2007, and then as a private practitioner until present.  I have, at all times relevant to this case, maintained an office in Kootenai County, Idaho.

4.    When with Kootenai County, my office location and phone were listed on the Kootenai County Website.  As a private practitioner, my office address and phone number have been listed in the telephone book and on the internet.  For the past several years, I have maintained a website for my office which has listed not only my address, but directions thereto.

4.    I first became aware that Plaintiff had filed the above-entitled action, and that I was named as a defendant therein, on March 2 or 3 of 2011.

DATED this 15th day of March, 2011.

_____
Erika B. Grubbs

**SUBSCRIBED AND SWORN** to before me this 25th day of March, 2011.



(SEAL)

_____
Notary Public for Idaho
Residing at: Coeur d'Alene Post Falls ID
Commission Expires: 04/20/15

**AFFIDAVIT OF ERIKA GRUBBS IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner
1318 E. Locust
Coeur d'Alene, ID 83814

☐ CM/ECF SYSTEM
☒ US MAIL
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☐ E-MAIL TO:

**AFFIDAVIT OF ERIKA GRUBBS IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERIKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 3**