PETER C. ERBLAND, ISBA #2456
SEANN M. MUMFORD, ISBA #8069
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child,<br><br>            Plaintiffs,<br><br>        vs.<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants,<br><br>            Defendants. | Case No. CV 07-00035-EJL-LMB<br><br>**AFFIDAVIT OF ELMER CURRIE IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, ELMER CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES'  MOTION TO DISMISS** |

| | | |
|---|---|---|
| STATE OF IDAHO | ) | |
| | ) | ss. |
| County of Kootenai | ) | |

Elmer R. Currie, being first duly sworn on oath, deposes and states:

**AFFIDAVIT OF ELMER CURRIE IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES'  MOTION TO DISMISS - 1**

1.    I am a named defendant in the above-entitled action.

2.    From January of 2003 up through January of 2011, I served as a Kootenai County commissioner. During that time, I had an office located in the Kootenai County Administration Building.

3.    At all times relevant to this case, including from January of 2007 up through the date of this Affidavit, I have been a resident of the city of Coeur d'Alene, county of Kootenai, state of Idaho.

DATED this __25__ day of March, 2011.

_____
Elmer R. Currie

**SUBSCRIBED AND SWORN** to before me this _25th_ day of _March,_ 2011.

(SEAL)



_____
Notary Public for Idaho
Residing at: _Post Falls ID_
Commission Expires: _Oct / 20 / 15_

**AFFIDAVIT OF ELMER CURRIE IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner
1318 E. Locust
Coeur d'Alene, ID 83814

☐ CM/ECF SYSTEM
☒ US MAIL
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☐ E-MAIL TO:

*Leann M Mumford*

H:\CDADOCS\00228\00237\PLEAD\C052160

**AFFIDAVIT OF ELMER CURRIE IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 3**