PETER C. ERBLAND, ISBA #2456
SEANN M. MUMFORD, ISBA #8069
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants,<br><br>Defendants. | Case No. CV 07-00035-EJL-LMB<br><br>**AFFIDAVIT OF RICHARD PANABAKER IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS** |

STATE OF IDAHO    )
                 ) ss.
County of Kootenai    )

Richard Panabaker, being first duly sworn on oath, deposes and states:

**AFFIDAVIT OF RICHARD PANABAKER IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 1**

1.      I am a named defendant in the above-entitled action.

2.      At all times relevant to this case, including from January of 2007 up through the date of this Affidavit, I have, at times, been a resident of Kootenai County, Idaho.

3.      I served as a Kootenai County Commissioner from January of 1994 through January of 2005. During this time I maintained an office in the Kootenai County Administration Building.

4.      I first became aware that Plaintiff had filed the above-entitled action, and that I was named as a defendant therein, on March 2 or 3 of 2011.


DATED this __25__ day of March, 2011.

Richard Panabaker

SUBSCRIBED AND SWORN to before me this 25th day of March, 2011.

(SEAL)



Notary Public for Idaho
Residing at: Post Falls ID
Commission Expires: 04/20/15


**AFFIDAVIT OF RICHARD PANABAKER IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 2**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner
1318 E. Locust
Coeur d'Alene, ID 83814

☐  CM/ECF SYSTEM
☒  US MAIL
☐  OVERNIGHT MAIL
☐  TELECOPY (FAX) to:
☐  E-MAIL TO:

H:\CDADOCS\00228\00241\PLEAD\C052293

**AFFIDAVIT OF RICHARD PANABAKER IN SUPPORT OF DEFENDANTS, KOOTENAI COUNTY'S, RICHARD CURRIE'S, GUS JOHNSON'S, KATIE BRODIE'S, RICHARD PANABAKER'S, ERICKA GRUBBS', AND CHERIE BATES' MOTION TO DISMISS - 3**