AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

U.S. COURTS

APR 0 8 2011

Rcvd_____ Filed ____ Time____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

Randall L. Tetzner, et al
_____
           *Plaintiff*

v.

Kootenai County Idaho etal
_____
           *Defendant*

Civil Action No. CV00035-EJL-LMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cheri Bates
69...

699 old Orchard Road
San Ramon, CA. 94526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randy Tetzner, Pro Se
1318 E. Locust Ave
Coeur d' Alene 83814          208-704-3787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date: 3-3-11                    _____
                                *Signature of Clerk or Deputy Clerk*

03/06/2011 14:16 2086645621 STAPLES 942 PAGE 03/15

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CHERI BATES__

was received by me on *(date)* __MARCH 6, 2011__ .

☑ I personally served the summons on the individual at *(place)* __699 OLD ORCHARD ROAD__
__SAN RAMON, CA 94526__ on *(date)* __March 7, 2011__ ; or __at 1:53 pm__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __∅__ for travel and $ __50°°__ for services, for a total of $ __50.00__

I declare under penalty of perjury that this information is true.

Date: __3/7/2011__

Server's signature

__S. TIERNEY__
Printed name and title

**Accelerated Serve**
5052 Glenwood Court
Pleasanton, CA 94588
Server's address

__925.639.7014__

Additional information regarding attempted service, etc: