IN THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO

Randall Tetzner )
and )
Baby Doe One, a minor child )
)
    Plaintiffs, ) Case No. CV 07-35-N-ELJ-LMB
)
vs. )
)
Kootenai County, Idaho. et al )
)

APR 18 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

**PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS**

This Action was actually filed December 29th. 2006, which conforms to the 2-year statute of limitations for Idaho. The file stamp date clearly shows the date December 29th. 2006. The plaintiff filed for IFP status, which was denied September 2. 2007 by a magistrate judge with a final report on September 22nd 2007. A timely objection was made to the magistrates report and the court took a de novo review and denied the IFP status request October 16th 2007 with a deadline to have the filing fee paid by January 21st 2008. The plaintiff failed to do so and the case was dismissed. Plaintiff filed a Rule 60(b) motion for relief from the courts earlier dismissal and a motion to proceed; this was filed January 23rd 2009. The court answered and upheld the Rule 60(b) Motion on September 2nd 2009 with the final report filed 22nd 2009 with 30 days to pay the filing fee. On October 2nd 2009 Plaintiff filed his 3rd motion for IFP status as his circumstances had changed as he was incarcerated and extradited to another state and the court sent me forms to fill out to show how my situation had changed. As per his right Plaintiff filed an objection to the Report and Recommendation, The court states I paid the filing fee June 23rd 2010. Plaintiff directs the court to his sealed documents filed for in camera review filed for Rule 60(b) relief and states he does not remember filing it. Despite this, the court reviewed Plaintiffs 4th application for IFP. This 4th request was denied and was signed February 7th, 2011 and Plaintiff was given 30 days to serve the Defendants. All the Defendants except one were timely served, This in each instance the court issued a new time line for service,

Plaintiffs argue that they were required to be served 120 days after the filing of the complaint. From the first time this case was filed to the courts first response was over 200 days

1

when the courts magistrate filed its report and recommendation. Plaintiff then has a time period to object to this report which the court reviews de novo. For each request the plaintiff made he was then given a time period to serve the defendants. The last report and recommendation gave the plaintiff 30 days to serve the defendants and this was accomplished. Defendant's argument that they should have been served 120 days after the filing of the complaint is without merit, that only applies to a complaint filed with a filing fee. As for poor memories that argument is also without merit. Erica Grubbs apparently remembered me enough to have my daughter kicked off her city soccer league team approximately 2 years ago by stating a conflict of interest existed. I refer the court to exhibit 1 which is a true copy of a certified letter sent to County Commissioner Chairman Richard Panabaker which sets out what happened, his responsibility, how he would be sued for inaction, Exhibit 2 is a is a true copy of a certified letter sent to County Commissioner Chairman Gus Johnson who entered office one month after Panabaker received his letter due to a new election. It was the same as Panabakers letter. Exhibit 3 is a true copy of a letter to County Clerk Dan English a notice per the Idaho Tort Claims Act, Idaho Code 6-901, 6-906 concerning the actions alleged in plaintiff's complaint. Even though this act should no longer be in effect due to Felder vs. Casey, 487 US 131. This exhibit also contains copies of letters to Panabaker and Johnson previously identified as Exhibits 1 and 2. Exhibit 3 also contains a copy of an ADA complaint filed to Cherie Bates on 02-02-05, one on 3-25-05 and 1-07-05. If the defendants claim a poor memory it is deliberate. The letters were also written to show deliberate indifference as outlined in Gebser vs.Lago Vista Independent School District, 524 US at 286 (1998) and Davis vs. Monroe County Board of Education, 526 US at 640 (1999) as written by Justice Sandra Day O'Conner. In a subscript on defendants motion to dismiss (subscript 2) they state defendant Bates was not even living in Idaho when the events occurred in 2004 as alleged in plaintiffs complaint. The true copies of plaintiffs ADA complaints to Ms. Bates as the ADA compliance officer should speak to defendants assertion she no longer worked for Kootenai County or live in Idaho unless officials in Kootenai County committed fraud in naming her the ADA compliance officer and impersonated her over the phone.

_____

Randall Tetzner
04-18-2011

2

I certify I mailed or hand delivered the foregoing to Paine Hamblen, Sean Mumford 701 E. Front Ave, Suite 101 Coeur d Alene, ID. 83814 and Timothy L. Van Halin 10420  St. PO Box 1228 Rathdrum, ID. 83858

_____
Randall Tetzner
4-18-2011

FROM :                    FAX NO. :2086679090           Dec. 30 2004 12:50PM  P1

*Plaintiff Exhibit #1*

RECEIVED

DEC 30 2004

County Commissioners

Richard Panabaker
Chairman County Kootenai Commissioners
Kootenai County Administration Building
451 Government Way
Coeur d'Alene, ID 83814

CIRCULATION

DP_____

GJ _____

Sent Certified Mail Return Receipt Requested and hand delivered and faxed
to 208-446-1609

COPY _Erika, Scal___

FILE NO. _2005.1___

12-29-04

In Re: Violations of the American With Disabilities Act, 504 and the Anti
Klu Klux Klan Act of 1872

Dear Mr. Panabaker,

(1) This letter is to notify you of a serious violation of Federal disability
laws that is denying my self and my children, the ability to freely navigate
about society and enjoy the ability to enter the County Administration
Building with accommodations and to be free from harassment, intimidation,
coercion, retaliation threats and interference.  This also consists of
retaliation, interference, coercion and intimidation towards me while acting
in the protected status of advocate for myself and others. The Federal
statutes and regulations that are being violated are supreme to the state and
local statutes, regulations and policies dealing with people with disabilities.

(2) Your county government is a recipient of Federal financial assistance. As
such, we know that you, or other agents of the county, swear in documents
to the Federal government, that you are in complete compliance with Section
504 of the Rehabilitation Act of 1973 and with the Americans with
Disabilities Act of 1990. It is clear that you are not in compliance with
Section 504 and the ADA, and in fact are violating the Anti Klu Klux Klan
Act of 1872, as explained below in this complaint. My children, there
mother and I are the intended third party beneficiaries of your contract with
the Federal government and you are violating those rights as explained by
the Supreme Court in Gebser v. Lago Vista Independent School District, 524
U.S. at 286 (1998) and Davis v. Monroe County Board of Education, 526
U.S. at 640 (1999). I am requesting in this letter of complaint that you send
me a copy of the document you file with the U.S. Federal Government or

I

*In the little world in which children exist nothing is more finely felt or more finely
perceived as injustice.* Charles Dickens

STATE OF IDAHO
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayse
Clerk/Recorder

Deputy

APR 14 2011

other agencies swearing that you are in full compliance with all relevant Federal laws.

(3) Because of your position as Chairman of the County Commission you clearly have the authority to investigate this complaint and report back to me on the results. Further because of your position you have the authority to order the correction of the wrongs that your investigation reveals.

The ADA is a civil rights law signed by President Bush on July 26, 1990. The law mandates that individuals with disabilities shall have access to jobs, public accommodations, government services, public transportation, telecommunications--in short, participation in, and full access to, all aspects of society.

The simple question: "How can I be of assistance to you, Mr. Tetzner?" is one of the most powerful ADA compliance tools. However your chief legal counsels first words where "You don't look disabled to me, you don't look like a person who needs a service animal" or words to that effect. And the government cannot understand why citizens don't like government.

(4) Your county government has discriminated against my children and I who are people with a disability, and specifically denied my rights under Section 504 and the ADA as well as under The Anti Klu Klux Klan Act of 1872 and the county by and through it's Chief Legal Counsel Erika Ellingsen, Attorney at Law, has violated my rights under 504 and the ADA by retaliation, interference, coercion and intimidation and creating a hostile environment and further denying me my rights under The Anti Klu Klux Klan Act of 1872 by depriving me of my rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Your county government never conducted the self-evaluation of all ordinances, policies, practices, procedures, customs and administrative rules and regulations, with the involvement of people like me and organizations representing disabled individuals, as required by Section 504 and the ADA. Nor did Kootenai County government modify, after consultation with people like me and organizations representing persons with disabilities, any ordinances, policies, practices, procedures, customs and administrative rules and regulations, that the self-evaluation showed did not meet the requirements of Section 504 or the ADA. Nor did Kootenai County take appropriate steps, after consultation with people like me and organizations representing

2

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens



STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder

Commissioners

Deputy

persons with disabilities, to remedy and eliminate the effects of past discrimination under such policies and practices that were exposed in the self-evaluation. Nor has the county taken any action to eliminate the deprivation of people's rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Nor did the County Commissioners take action when I previously complained and sought an accommodation.

One such problem that would have been addressed and remedied would have been the requirement for training and supervision of county employees, especially those in constant contact with the public and those who render legal decisions, to require them to implement and not ignore or violate rights for the counties citizens under Section 504, The ADA The Anti Klu Klux Klan Act of 1872. Such as the right to enter county buildings with a service animal, the right to ask about service animal access and then subjected by county actors such as Attorney Erika Ellingsen who stated "You sure don't look like a person who needs a service animal" and upon information and belief because of my previous free speech activities brought along 3 burly security officers which created an atmosphere of harassment, intimidation, coercion, retaliation threats, interference and fear and created a hostile environment.. The failure to do these self evaluations and to train county actors about 504, The ADAS and The Anti Klu Klux Klan Act of 1872 my civil rights were ignored and otherwise I was punished for the counties lack of success by being removed from opportunities to learn about and enjoy the benefits of government and unlawfully denying me the right to receive services and the right to speak freely to redress the wrongs of county government and denied me the right to free speech. The situation may also constitute assault and battery and false arrest as the sudden appearance of security officers who looked like they were armed created fear within me and by standing under the doorway blocked my ability to freely leave the computer room by a person with authority or presumed authority. The ability to advocate for my child and I was met with hostility, retaliation, interference, coercion and intimidation and discrimination, The county has further failed to notify the citizens of their rights under 504 and the ADA, the county failed to notify the staff and administration that it is against the law for retaliation, interference, coercion and intimidation or create a hostile environment under 504 and the ADA. This is known by all administrators in Kootenai County Government, but the county and you have failed to remedy this lawless official conduct. My lack of success in obtaining the benefits of

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens



government to date was caused by you and the failures and refusal to follow Federal laws and by creating a hostile environment. Attorney Erika Ellingsen also accused me of refusing to leave a county building on time and ask me to identify myself in violation of the Constitution and Kolender vs. Lawson, *citations omitted*. I paid for my copies by check and apparently that private financial instrument was examined by a 3rd party security Gestapo force that walked back to their security station and stated "his name is Tetzner". Upon information and belief the county keeps a lists of those who exercise there rights to further create a hostile environment. And personal financial information has been illegally turned over to a security company.

(5) You clearly exercise control over physical sites where this discrimination and violation of Federal law took place and still takes place. Further, you clearly exercise control over the personnel who committed the discriminatory acts and continue to commit them.

(6) These acts of discrimination were clearly not a single act but are severe and pervasive, affecting my children, spouse and I by changing the entire direction of our ability to enjoy the benefits of government, denying us the ability to reach our goals as citizens, subjecting us to retaliation, interference, coercion and intimidation creating a hostile environment at home and in county buildings and within the community, denying us including but not limited to, the benefits of government and rights immunities and privileges under ADA, 504, the US and Idaho Constitution and The Anti Klu Klux Klan Act of 1872, and is now causing problems we did not have, or have increased, or would not have had before the counties discriminatory actions and/or inactions and violation of the law. The continuing harm to us and other citizens from these actions and inactions is clearly unreasonable to any objective observer.

(7) These discriminatory actions and violation of the law clearly excluded us from continuing and/or benefiting from the benefits of government we are entitled to, related to tax abatement, access to public records without charge access to county buildings with service animals, to be free from assault and false arrest and imprisonment and being refused access to all services by being told to leave for tape recording conversations and correcting staff when they violated the law, and denying me a accommodation for another chance to get tax relief because I suffered from a medical condition that rendered me unconscious and unable to attend a scheduled meeting. We are



4

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

FROM :    FAX NO. :2086679090    Dec. 30 2004 12:52PM P5

clearly being denied the benefits of what other citizens in the community have access to. This discrimination has had "a concrete negative effect" on our families "ability to the benefits of government." And has created a hostile environment for myself and my family

(8) The county must stop this discrimination and retaliation, interference, coercion and intimidation that deny us the benefits of government and access to records, and that creates a hostile environment, and stop the failures and violation of federal law of your employees and/or agents. The county must further end the continuing discriminatory act of denying me, my wife and our children the benefits of the law and the benefits of the self-evaluations under Section 504 and the ADA which would have identified this type of problem and given us input into seeing that it is solved within the laws of the United States rather than just by trying to cover up the administrative inadequacies of your county employees, administrators and elected officials.

If the county did the right, and legally required thing it would conduct the required self-evaluations, it would honor and enforce the law, it would have a policy against retaliation and the creation of hostile environments. It would force staff to allow access to records, to enjoy the use of service animal in county governments It would then put into place the procedures needed to establish the remedial steps that must be taken so that we and others parents are being dealt with under the appropriate laws, not some local "custom or practice." Then the county must decide, with our input, the compensatory services that must be made available to myself and/or my family so that we can be brought back to the level where he would have been if your county government had been in compliance with all the Federal laws And to decide reasonable compensation for myself and family for being retaliated against and being subjected to a hostile environment.

(9) As a result of your continuing refusal to comply with Section 504 and the ADA, and The Anti Klu Klux Klan Act of 1872 the school county did not put in place the "grievance procedures" that are required by Federal laws and which would have allowed the prompt and equitable resolution of my complaint. As a result of not having these procedures available under either law I was left with no avenues. This notice this is to also serve as a 504 and ADA complaint against the county and its staff and administrators, please notify us of our rights and set a hearing date for the county to hear this as

5

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens



STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Clifford T. Hayes Clerk/Recorder By Commissioners
Deputy

Federal law requires the county to have a grievance procedure set up to deal with our complaint and the complaints of others.

(10) As indicated by the U.S. Supreme Court in the Gebser and Davis cases referred to above, by Federal Circuit Courts of Appeals, if you do not investigate this complaint, or if you investigate but do not take any corrective action on the basis of your findings, or if you take action but it is ineffective in ending the discrimination and non compliance with the above rights, privileges and immunities of the abovementioned laws, then I and/or my family may be entitled to claim that you are showing deliberate indifference to this discrimination and you might be liable in a suit for money damages.

I look forward to your prompt reply and the opportunity to work with you in solving this problem, as required by the Federal statutes. You have 10 days to enter into settlement talk or, pursuant to our rights I we file an action Federal Court with the intent to seek significant damages and anything else deemed proper that deter future like conduct and act as a warning to others.

Denying me access to tax relief, charging me for copies I never should have been charged for, harassing me and telling me to leave because I tape recorded people violating my rights, telling me I don't look like a person who needs a service animal and incredibly rude, snobbish behavior from the county commissioners office will end. You have 10 days to figure this out and compensate my family or I will file a civil rights case. You attorneys actions were so outrageous and crude she may now qualify for a seat on the 9th circuit court of appeals along with the guy who wrote the memo that says President Bush can torture Iraqi's legally.

Sincerely,

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090



6

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

STATE OF IDAHO
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
COMMISSIONERS

Clifford T. Hayes   By  S. Maitland
_____                    _____
Clerk/Recorder                                    Deputy

*Plaintiff
exhibit #2*

Gus Johnson
Chairman County Kootenai Commissioners
Kootenai County Administration Building
451 Government Way
Coeur d'Alene, ID 83814

FEB 02 2005

Sent Certified Mail Return Receipt Requested and faxed to 208-446-1609

01-28-05

In Re: Violations of the American With Disabilities Act, 504 and the Anti
Klu Klux Klan Act of 1872

GJ _____
RC _____
KB _____
COPY *Legal, HR, Scan*
FILE # *2005.21*

Dear Mr. Johnson,

(1) This letter is to notify you of a serious violation of Federal disability
laws that is denying my self and my children, the ability to freely navigate
about society and enjoy the ability to enter the County Administration
Building with accommodations and to be free from harassment, intimidation,
coercion, retaliation threats and interference. This also consists of
retaliation, interference, coercion and intimidation towards me while acting
in the protected status of advocate for myself and others. The Federal
statutes and regulations that are being violated are supreme to the state and
local statutes, regulations and policies dealing with people with disabilities.

(2) Your county government is a recipient of Federal financial assistance. As
such, we know that you, or other agents of the county, swear in documents
to the Federal government, that you are in complete compliance with Section
504 of the Rehabilitation Act of 1973 and with the Americans with
Disabilities Act of 1990. It is clear that you are not in compliance with
Section 504 and the ADA, and in fact are violating the Anti Klu Klux Klan
Act of 1872, as explained below in this complaint. My children, there
mother and I are the intended third party beneficiaries of your contract with
the Federal government and you are violating those rights as explained by
the Supreme Court in Gebser v. Lago Vista Independent School District, 524
U.S. at 286 (1998) and Davis v. Monroe County Board of Education, 526
U.S. at 640 (1999). I am requesting in this letter of complaint that you send
me a copy of the document you file with the U.S. Federal Government or

1

*In the little world in which children exist nothing is more finely felt or more finely
perceived as injustice.* Charles Dickens

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.  April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Commissioners

Clifford T. Hayes By A Hartland
Clerk/Recorder                    Deputy

other agencies swearing that you are in full compliance with all relevant Federal laws.

(3) Because of your position as Chairman of the County Commission you clearly have the authority to investigate this complaint and report back to me on the results. Further because of your position you have the authority to order the correction of the wrongs that your investigation reveals.

The ADA is a civil rights law signed by President Bush on July 26, 1990. The law mandates that individuals with disabilities shall have access to jobs, public accommodations, government services, public transportation, telecommunications--in short, participation in, and full access to, all aspects of society.

The simple question: "How can I be of assistance to you, Mr. Tetzner?" is one of the most powerful ADA compliance tools. However your chief legal counsels first words where "You don't look disabled to me, you don't look like a person who needs a service animal" or words to that effect. And the government cannot understand why citizens don't like government.

(4) Your county government has discriminated against my children and I who are people with a disability, and specifically denied my rights under Section 504 and the ADA as well as under The Anti Klu Klux Klan Act of 1872 and the county by and through it's Chief Legal Counsel Erika Ellingsen, Attorney at Law, has violated my rights under 504 and the ADA by retaliation, interference, coercion and intimidation and creating a hostile environment and further denying me my rights under The Anti Klu Klux Klan Act of 1872 by depriving me of my rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Your county government never conducted the self-evaluation of all ordinances, policies, practices, procedures, customs and administrative rules and regulations, with the involvement of people like me and organizations representing disabled individuals, as required by Section 504 and the ADA. Nor did Kootenai County government modify, after consultation with people like me and organizations representing persons with disabilities, any ordinances, policies, practices, procedures, customs and administrative rules and regulations, that the self-evaluation showed did not meet the requirements of Section 504 or the ADA. Nor did Kootenai County take appropriate steps, after consultation with people like me and organizations representing

2

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

STATE OF IDAHO

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners

Clifford T. Hayes By A. Maitland
Clerk/Recorder          Deputy

persons with disabilities, to remedy and eliminate the effects of past discrimination under such policies and practices that were exposed in the self-evaluation. Nor has the county taken any action to eliminate the deprivation of people's rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Nor did the County Commissioners take action when I previously complained and sought an accommodation.

One such problem that would have been addressed and remedied would have been the requirement for training and supervision of county employees, especially those in constant contact with the public and those who render legal decisions, to require them to implement and not ignore or violate rights for the counties citizens under Section 504, The ADA and The Anti Klu Klux Klan Act of 1872. Such as the right to enter county buildings with a service animal, the right to ask about service animal access and then subjected by county actors such as Attorney Erika Ellingsen who stated "You sure don't look like a person who needs a service animal" and upon information and belief because of my previous free speech activities brought along 3 burly security officers which created an atmosphere of harassment, intimidation, coercion, retaliation threats, interference and fear and created a hostile environment.. The failure to do these self evaluations and to train county actors about 504, The ADAS and The Anti Klu Klux Klan Act of 1872 my civil rights were ignored and otherwise I was punished for the counties lack of success by being removed from opportunities to learn about and enjoy the benefits of government and unlawfully denying me the right to receive services and the right to speak freely to redress the wrongs of county government and denied me the right to free speech. The situation may also constitute assault and battery and false arrest as the sudden appearance of security officers who looked like they were armed created fear within me and by standing under the doorway blocked my ability to freely leave the computer room by a person with authority or presumed authority. The ability to advocate for my child and I was met with hostility, retaliation, interference, coercion and intimidation and discrimination, The county has further failed to notify the citizens of their rights under 504 and the ADA, the county failed to notify the staff and administration that it is against the law for retaliation, interference, coercion and intimidation or create a hostile environment under 504 and the ADA. This is known by all administrators in Kootenai County Government, but the county and you have failed to remedy this lawless official conduct. My lack of success in obtaining the benefits of

3

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners
Clifford T. Hayes By S. Maitland
Clerk/Recorder                              Deputy

government to date was caused by you and the failures and refusal to follow Federal laws and by creating a hostile environment. Attorney Erika Ellingsen also accused me of refusing to leave a county building on time and ask me to identify myself in violation of the Constitution and Kolender vs. Lawson, *citations omitted*. I paid for my copies by check and apparently that private financial instrument was examined by a 3rd party security Gestapo force that walked back to their security station and stated "his name is Tetzner". Upon information and belief the county keeps a lists of those who exercise there rights to further create a hostile environment. And personal financial information has been illegally turned over to a security company. Your ADA compliance officer, Sherri Bates has further harassed, intimidated, coerced and threatened me by insisting that a Kootenai County Sheriff's Deputy attend a planned meeting concerning my complaint, said officer being present, with a firearm and Chemical Mace as an intimidation factor. Also this officer would be required to make notes and file information in a field interview form which would be displayed and entered onto a law enforcement computer such as NCIC, in effect documenting the lawful activities of a citizen who is asserting their civil rights, much like the police "red squads" did in the 60's and 70's. Sheriff Watson has since declared no deputy or other law enforcement person under his command will partake in any such activities. This has caused Ms. Bates to contact her own lawyer and now refuses to meet with me stating it shall be conducted under a telephone interview ad that I must now give up my copy of my video of the attack upon myself and my child and service animal to her. The county wants this tape badly and to orchestrate such a foolhardy attempt shows how the county continues to violate a person's rights while investigating a violation of those rights. The county ADA compliance officer must also end her illegal actions and inactions and meet face to face with me and view my evidence without taking possession of it.

(5) You clearly exercise control over physical sites where this discrimination and violation of Federal law took place and still takes place. Further, you clearly exercise control over the personnel who committed the discriminatory acts and continue to commit them.

(6) These acts of discrimination were clearly not a single act but are severe and pervasive, affecting my children, spouse and I by changing the entire direction of our ability to enjoy the benefits of government, denying us the ability to reach our goals as citizens, subjecting us to retaliation,

4

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

COUNTY OF KOOTENAI } ss.    April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners
Clifford T. Hayes By S. Maitland
Clerk/Recorder                              Deputy

interference, coercion and intimidation creating a hostile environment at home and in county buildings and within the community, denying us including but not limited to, the benefits of government and rights immunities and privileges under ADA, 504, the US and Idaho Constitution and The Anti Klu Klux Klan Act of 1872, and is now causing problems we did not have, or have increased, or would not have had before the counties discriminatory actions and/or inactions and violation of the law. The continuing harm to us and other citizens from these actions and inactions is clearly unreasonable to any objective observer.

(7) These discriminatory actions and violation of the law clearly excluded us from continuing and/or benefiting from the benefits of government we are entitled to, related to tax abatement, access to public records without charge access to county buildings with service animals, to be free from assault and false arrest and imprisonment and being refused access to all services by being told to leave for tape recording conversations and correcting staff when they violated the law, and denying me a accommodation for another chance to get tax relief because I suffered from a medical condition that rendered me unconscious and unable to attend a scheduled meeting. We are clearly being denied the benefits of what other citizens in the community have access to. This discrimination has had "a concrete negative effect" on our families "ability to enjoy the benefits of government." And has created a hostile environment for myself and my family

(8) The county must stop this discrimination and retaliation, interference, coercion and intimidation that deny us the benefits of government and access to records, and that creates a hostile environment, and stop the failures and violation of federal law of your employees and/or agents. The county must further end the continuing discriminatory act of denying me, my wife and our children the benefits of the law and the benefits of the self-evaluations under Section 504 and the ADA which would have identified this type of problem and given us input into seeing that it is solved within the laws of the United States rather than just by trying to cover up the administrative inadequacies of your county employees, administrators and elected officials.

If the county did the right, and legally required thing it would conduct the required self-evaluations, it would honor and enforce the law, it would have a policy against retaliation and the creation of hostile environments. It would force staff to allow access to records, to enjoy the use of service animal in

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

STATE OF IDAHO } ss. April 14, 2011
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners

Clifford T. Hays By A. Maitland
Clerk/Recorder                          Deputy

county governments It would then put into place the procedures needed to establish the remedial steps that must be taken so that we and others parents are being dealt with under the appropriate laws, not some local "custom or practice." Then the county must decide, with our input, the compensatory services that must be made available to myself and/or my family so that we can be brought back to the level where he would have been if your county government had been in compliance with all the Federal laws And to decide reasonable compensation for myself and family for being retaliated against and being subjected to a hostile environment.

(9) As a result of your continuing refusal to comply with Section 504 and the ADA, and The Anti Klu Klux Klan Act of 1872 the school county did not put in place the "grievance procedures" that are required by Federal laws and which would have allowed the prompt and equitable resolution of my complaint. As a result of not having these procedures available under either law I was left with no avenues. This notice this is to also serve as a 504 and ADA complaint against the county and its staff and administrators, please notify us of our rights and set a hearing date for the county to hear this as Federal law requires the county to have a grievance procedure set up to deal with our complaint and the complaints of others.

(10) As indicated by the U.S. Supreme Court in the Gebser and Davis cases referred to above, by Federal Circuit Courts of Appeals, if you do not investigate this complaint, or if you investigate but do not take any corrective action on the basis of your findings, or if you take action but it is ineffective in ending the discrimination and non compliance with the above rights, privileges and immunities of the abovementioned laws, then I and/or my family may be entitled to claim that you are showing deliberate indifference to this discrimination and you might be liable in a suit for money damages. I believe public policy and insurance rules would bar your insurance from paying and the damages would come out of your pocket. In essence you're on the hot seat for these violations. Per Justice O'Connor writings, you have been given adequate notice to end these actions; otherwise they can prove quite costly you. Mr. Johnson, you and other commissioner may despise me for my assertion of rights, do not let your ego override your common sense. I have a video of myself being assaulted by agent of the county one day after your chief counsel and former commissioner Panabaker assured me I was not to be bothered. Under the

6

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice.* Charles Dickens

STATE OF IDAHO } ss.  April 14, 2011
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners

Clifford T. Hayes By S Maitland
Clerk/Recorder          Deputy

Page 7 of 7

ADA you must sever your contract with the Watson agency as they practiced discrimination towards a disabled person. I have also been harassed by Watson Agency staff for having a child with autism. This family will no longer tolerate these illegal activities.

I look forward to your prompt reply and the opportunity to work with you in solving this problem, as required by the Federal statutes. You have 10 days to enter into settlement talk or, pursuant to our rights I we file an action Federal Court with the intent to seek significant damages and anything else deemed proper that deter future like conduct and act as a warning to others.

Denying me access to tax relief, charging me for copies I never should have been charged for, harassing me and telling me to leave because I tape recorded people violating my rights, telling me I don't look like a person who needs a service animal and incredibly rude, snobbish behavior from the county commissioners office will end. You have 10 days to figure this out and compensate my family or I will file a civil rights case and/or seek action through the department of Justice.

Sincerely,

Randy Fetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090

7

*In the little world in which children exist nothing is more finely felt or more finely perceived as injustice. Charles Dickens*

Plaintiff 3
Exhibit 3

STATE OF IDAHO
COUNTY OF KOOTENAI  } ss.  April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners

Clifford T. Hayes By S. Maitland
Clerk/Recorder                              Deputy

RECEIVED
AUG 25 2005
County Commissioners

Dan English
Kootenai County, County Clerk
451 Government Way
Coeur d'Alene, ID 83814

8-28-05

Dear Mr. English,

Pursuant to Idaho code 6-901 concerning the Idaho Tort Claims Act you are the proper party to notify concerning a claim against Kootenai County. The statue at 6-906 states such a claim must be made within 180 days of the alleged wrong. Idaho statute 6-906A states within 6 years if involving a minor (this involves a minor). The offense I am writing about occurred December 29th, 2004 at the Kootenai County Administration building. My residence at the time this claim arose was 1318 E. Locust Ave. Coeur d'Alene, ID. 83814. My residence the preceding 6 months of the incident was 1391 W. Bering Drive Coeur d'Alene, ID. 83815. I was incapacitated due to the actions and lawless official conduct by the county and/or its agents. I am using the Torts Claims Act format as a convenience in notifying you of lawless official conduct and illegal actions of your court security contractor. I am not required to utilize it pursuant to the US Supreme Court case of FELDER v. CASEY, 487 U.S. 131. Therefore I need not comply with that state statute. Watson Security has refused to contact me in respect to this incident. Watson has been involved in a continuing pattern of harassment, intimidation and coercion and threats concerning my child's autism and disability access to county buildings for the last 3 years prior to this incident. Also Kootenai Counties ADA/504 Grievance procedure mandated by Federal Law is a sham. The allegations were never fully investigated, the compliance officer refused to view a videotape of the incident and her final report never even mentions I was assaulted. In fact the response does not really say anything and the Department of Justice has told me this seems to be the standard boiler plate answer used by governmental agencies. Ms. Bates also violated the provisions of Section 503 of the ADA USC 12203 by trying to intimidate me by stating a Kootenai County Sheriff's Deputy would be at a planned meeting, when objected to this clear act of intimidation she stated either the deputy was there or she would refuse to meet. I spoke with Sheriff Watson who proclaimed his deputies where not to be used in that fashion and terminated any efforts by Bates to utilize this officer. When a meeting was set up, just hours before the meeting I suffered a witnessed seizure and

1

STATE OF IDAHO          } ss.  April 14, 2011
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners
Clifford T. Hayes   By   Maitland   Deputy

sustained a head injury. The meeting was cancelled and Bates refused to hold another one. In fact prior to her issuing her findings the law firm of Paine Hamblin was hired and they commenced to harass me and stated I could no longer pursue my grievance through the county but had to deal with them. Even though a conflict of interest was made known to them they pursued in assisting the county with lawless official conduct. The county acted under color of law. The County has also failed to comply with federal law concerning the start dates of a 504 and ADA grievance procedure and sought federal funding unlawfully knowing they had not complied with the federal law. I previously mentioned the Anti Klu Klux Klan Act of 1872, which should be the Klu Klux Klan Act of 1871, which is still in force today.

On 12-29-04 I was doing research in the county recorders office, Kootenai County Administration Building, Coeur d'Alene, ID. 83814. I did not complete my work and knew I would return the next day with at least one child and a handicap service animal. Service animals are protected under The American with Disabilities Act since 1990. I knew I had an absolute right to bring the animal, but since I was bringing a child I did not want to be involved in anything confrontational or controversial because despite the longevity of The ADA it is still violated with the frequency of a cheap ham radio. Chief attorney Erica Ellingsen was called and came with 3 security officers (including today's attacker), that interaction can be viewed in the accompanied attached document which was served earlier today to the county commissioners. I lawfully entered the building on 12-30-05 approximately 10:00 am with my child, Kylie a 2 year old and our service animal "Bruzer" who weighs 3 lbs. The desk person made a call that I heard without any type of enhanced electronics and was reporting my entrance and the service animal's presence. The room I was going to work in had tight quarters and usually other people in it; since it appeared something was going on I stayed in a large public area. I did not suspect any type of violence. The security officer from the Watson Agency approached me with a tape recorder (white male, 5'11', 175 lbs, tinted glasses, short black hair, mustache, wrinkles on face, no name tag, pronounced limp, may have a prose tic leg, or bad knee/hip, wearing a security uniform with the Watson agency patch, dark security officer jacket opened up, he also wore a tie) he held a tape recorder in his hand, he demanded I not record. Under the Omnibus Crime Control and Safe Streets Act of 1968 at 18 USC 2510 I can record.

STATE OF IDAHO
COUNTY OF KOOTENAI }ss.   April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
                                    Commissioners
Clifford T. Hayes By S Maitland
                                    Deputy

The Idaho state statute states at 18-6702 (2)(d) the following:

(d) It is lawful under this chapter for a person to intercept a wire, electronic or oral communication when one (1) of the parties to the communication has given prior consent to such interception.

The statute requires that at least one person who is a party to the communication give consent, the party giving consent can also be the person intercepting with a tape recorder.

I gave consent and the statute includes video cameras.

This assault and battery also includes a violation of The Klu Klux Clan Act of 187 which is also known as Title 42 section 1983.
The security officer brought his hand up to the camera several times striking it and causing the camera to strike me in the face injuring my right eye. The officer also made other illegal physical contact and may have ran into my child and service animal. When I reported this via 911 I did not notice my eye being sore. My daughter was knocked over as I was retreating I am unaware of any injuries other than fear; I picked her and the service animal up to escape the continued assault and battery. I pleaded with the attacker to stop. At no time did I attack or become the aggressor, I fully retreated. The officer can be heard to say "good" when I state I am leaving, he continued the attack until I was on the elevator. I feared he may have pepper spray and I did not want my child injured. The tape clearly shows I was being attacked and that I retreated.  Seeing as how this officer was part of the gang previously used to intimidate me and that the chief attorney mentioned above told me I could bring a service animal I believe she conspired with the security officers to harass or otherwise cause me harm if I returned with the service animal. This violated the 1st, 5th and 14th Amendment of the US Constitution, Article 1 sections 1, 9, 10, 13 and 21 of the Idaho Constitution and of rights secured to me under The American with Disabilities Act 42 U.S.C. § 12131 et seq (The ADA or ADA) and implementing regulations and pursuant to 42 U.S.C section 1983, 1985 (3), 1986. 1988 (a) and SEC. 503. Prohibition against retaliation and coercion, 42 USC § 12203.The right hand need not know what the left hand is doing. I am fully within my rights to bring a service animal into any public building in the United States and to tape/video record anything in a public building. The actions of the officer were clearly outrageous as he was an aggressor to a father showing a Christmas tree to his child and explaining she should not take the candy on

3

STATE OF IDAHO
COUNTY OF KOOTENAI

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Commissioners

Clifford T. Hayes By A. Maitland
Clerk/Recorder                    Deputy

it. The attack was not in proportion to any threat, as no threat was present. Unless it's legal to attack the Tetzner family. This also constituted assault and battery and injury to a child. These parties had warning a service animal was coming and were given legal notice to stop unlawful acts, instead of complying with the law they chose to violate it with, including but not limited to, physical assault and battery, retaliation, coercion and harassment.. The county's attorney has stated she investigated and stated I was never touched. The tape shows differently. Also this is not only a civil case involving service animals this is also an assault. I am claiming damages in the amount of $250,000 (two hundred fifty thousand dollars). I also communicated the following to the Board of Commissioners. The first to Richard Panabaker and then to Gus Johnston after new commissioners took office.

Richard Panabaker
Chairman County Kootenai Commissioners
Kootenai County Administration Building
451 Government Way
Coeur d'Alene, ID 83814

Sent Certified Mail Return Receipt Requested and hand delivered and faxed to 208-446-1609

12-29-04

In Re: Violations of the American with Disabilities Act, 504 and the Anti Klu Klux Klan Act of 1872

Dear Mr. Panabaker,

(1) This letter is to notify you of a serious violation of Federal disability laws that is denying my self and my children, the ability to freely navigate about society and enjoy the ability to enter the County Administration Building with accommodations and to be free from harassment, intimidation, coercion, retaliation threats and interference. This also consists of retaliation, interference, coercion and intimidation towards me while acting in the protected status of advocate for myself and others. The Federal statutes and regulations that are being violated are supreme to the state and local statutes, regulations and policies dealing with people with disabilities.

4

(2) Your county government is a recipient of Federal financial assistance. As such, we know that you, or other agents of the county, swear in documents to the Federal government, that you are in complete compliance with Section 504 of the Rehabilitation Act of 1973 and with the Americans with Disabilities Act of 1990. It is clear that you are not in compliance with Section 504 and the ADA, and in fact are violating the Anti Klu Klux Klan Act of 1872, as explained below in this complaint. My children, there mother and I are the intended third party beneficiaries of your contract with the Federal government and you are violating those rights as explained by the Supreme Court in Gebser v. Lago Vista Independent School District, 524 U.S. at 286 (1998) and Davis v. Monroe County Board of Education, 526 U.S. at 640 (1999). I am requesting in this letter of complaint that you send me a copy of the document you file with the U.S. Federal Government or other agencies swearing that you are in full compliance with all relevant Federal laws.

(3) Because of your position as Chairman of the County Commission you clearly have the authority to investigate this complaint and report back to me on the results. Further because of your position you have the authority to order the correction of the wrongs that your investigation reveals.

The ADA is a civil rights law signed by President Bush on July 26, 1990. The law mandates that individuals with disabilities shall have access to jobs, public accommodations, government services, public transportation, telecommunications--in short, participation in, and full access to, all aspects of society.

The simple question: "How can I be of assistance to you, Mr. Tetzner?" is one of the most powerful ADA compliance tools. However your chief legal counsels first words where "You don't look disabled to me, you don't look like a person who needs a service animal" or words to that effect. And the government cannot understand why citizens don't like government.

(4) Your county government has discriminated against my children and I who are people with a disability, and specifically denied my rights under Section 504 and the ADA as well as under The Anti Klu Klux Klan Act of 1872 and the county by and through it's Chief Legal Counsel Erika Ellingsen, Attorney at Law, has violated my rights under 504 and the ADA by retaliation, interference, coercion and intimidation and creating a hostile environment and further denying me my rights under The Anti Klu Klux



STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder By

Commissioners
Deputy

5

Klan Act of 1872 by depriving me of my rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Your county government never conducted the self-evaluation of all ordinances, policies, practices, procedures, customs and administrative rules and regulations, with the involvement of people like me and organizations representing disabled individuals, as required by Section 504 and the ADA. Nor did Kootenai County government modify, after consultation with people like me and organizations representing persons with disabilities, any ordinances, policies, practices, procedures, customs and administrative rules and regulations, that the self-evaluation showed did not meet the requirements of Section 504 or the ADA. Nor did Kootenai County take appropriate steps, after consultation with people like me and organizations representing persons with disabilities, to remedy and eliminate the effects of past discrimination under such policies and practices that were exposed in the self-evaluation. Nor has the county taken any action to eliminate the deprivation of people's rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Nor did the County Commissioners take action when I previously complained and sought an accommodation.

One such problem that would have been addressed and remedied would have been the requirement for training and supervision of county employees, especially those in constant contact with the public and those who render legal decisions, to require them to implement and not ignore or violate rights for the counties citizens under Section 504, The ADA The Anti Klu Klux Klan Act of 1872. Such as the right to enter county buildings with a service animal, the right to ask about service animal access and then subjected by county actors such as Attorney Erika Ellingsen who stated "You sure don't look like a person who needs a service animal" and upon information and belief because of my previous free speech activities brought along 3 burly security officers which created an atmosphere of harassment, intimidation, coercion, retaliation threats, interference and fear and created a hostile environment.. The failure to do these self evaluations and to train county actors about 504, The ADAS and The Anti Klu Klux Klan Act of 1872 my civil rights were ignored and otherwise I was punished for the counties lack of success by being removed from opportunities to learn about and enjoy the benefits of government and unlawfully denying me the right to receive services and the right to speak freely to redress the wrongs of county government and denied me the right to free speech. The situation may also constitute assault and battery and false arrest as the sudden appearance of

6

security officers who looked like they were armed created fear within me and by standing under the doorway blocked my ability to freely leave the computer room by a person with authority or presumed authority. The ability to advocate for my child and I was met with hostility, retaliation, interference, coercion and intimidation and discrimination, The county has further failed to notify the citizens of their rights under 504 and the ADA, the county failed to notify the staff and administration that it is against the law for retaliation, interference, coercion and intimidation or create a hostile environment under 504 and the ADA. This is known by all administrators in Kootenai County Government, but the county and you have failed to remedy this lawless official conduct. My lack of success in obtaining the benefits of government to date was caused by you and the failures and refusal to follow Federal laws and by creating a hostile environment. Attorney Erika Ellingsen also accused me of refusing to leave a county building on time and ask me to identify myself in violation of the Constitution and Kolender vs. Lawson, citations omitted. I paid for my copies by check and apparently that private financial instrument was examined by a 3rd party security Gestapo force that walked back to their security station and stated "his name is Tetzner". Upon information and belief the county keeps a lists of those who exercise there rights to further create a hostile environment. And personal financial information has been illegally turned over to a security company.

(5) You clearly exercise control over physical sites where this discrimination and violation of Federal law took place and still takes place. Further, you clearly exercise control over the personnel who committed the discriminatory acts and continue to commit them.

(6) These acts of discrimination were clearly not a single act but are severe and pervasive, affecting my children, spouse and I by changing the entire direction of our ability to enjoy the benefits of government, denying us the ability to reach our goals as citizens, subjecting us to retaliation, interference, coercion and intimidation creating a hostile environment at home and in county buildings and within the community, denying us including but not limited to, the benefits of government and rights immunities and privileges under ADA, 504, the US and Idaho Constitution and The Anti Klu Klux Klan Act of 1872, and is now causing problems we did not have, or have increased, or would not have had before the counties discriminatory actions and/or inactions and violation of the law. The continuing harm to us and other citizens from these actions and inactions is clearly unreasonable to any objective observer.



7

(7) These discriminatory actions and violation of the law clearly excluded us from continuing and/or benefiting from the benefits of government we are entitled to, related to tax abatement, access to public records without charge access to county buildings with service animals, to be free from assault and false arrest and imprisonment and being refused access to all services by being told to leave for tape recording conversations and correcting staff when they violated the law, and denying me a accommodation for another chance to get tax relief because I suffered from a medical condition that rendered me unconscious and unable to attend a scheduled meeting. We are clearly being denied the benefits of what other citizens in the community have access to. This discrimination has had "a concrete negative effect" on our families "ability to the benefits of government." And has created a hostile environment for myself and my family

(8) The county must stop this discrimination and retaliation, interference, coercion and intimidation that deny us the benefits of government and access to records, and that creates a hostile environment, and stop the failures and violation of federal law of your employees and/or agents. The county must further end the continuing discriminatory act of denying me, my wife and our children the benefits of the law and the benefits of the self-evaluations under Section 504 and the ADA which would have identified this type of problem and given us input into seeing that it is solved within the laws of the United States rather than just by trying to cover up the administrative inadequacies of your county employees, administrators and elected officials.

If the county did the right, and legally required thing it would conduct the required self-evaluations, it would honor and enforce the law, it would have a policy against retaliation and the creation of hostile environments. It would force staff to allow access to records, to enjoy the use of service animal in county governments It would then put into place the procedures needed to establish the remedial steps that must be taken so that we and others parents are being dealt with under the appropriate laws, not some local "custom or practice." Then the county must decide, with our input, the compensatory services that must be made available to myself and/or my family so that we can be brought back to the level where he would have been if your county government had been in compliance with all the Federal laws And to decide reasonable compensation for myself and family for being retaliated against and being subjected to a hostile environment.

STATE OF IDAHO
COUNTY OF KOOTENAI }ss. April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE.

Clifford T. Hayes
Clerk/Recorder By _____
COMMISSIONERS
Deputy

8

(9) As a result of your continuing refusal to comply with Section 504 and the
ADA, and The Anti Klu Klux Klan Act of 1872 the school county did not
put in place the "grievance procedures" that are required by Federal laws
and which would have allowed the prompt and equitable resolution of my
complaint. As a result of not having these procedures available under either
law I was left with no avenues. This notice this is to also serve as a 504 and
ADA complaint against the county and its staff and administrators, please
notify us of our rights and set a hearing date for the county to hear this as
Federal law requires the county to have a grievance procedure set up to deal
with our complaint and the complaints of others.

(10) As indicated by the U.S. Supreme Court in the Gebser and Davis cases
referred to above, by Federal Circuit Courts of Appeals, if you do not
investigate this complaint, or if you investigate but do not take any
corrective action on the basis of your findings, or if you take action but it is
ineffective in ending the discrimination and non compliance with the above
rights, privileges and immunities of the abovementioned laws, then I and/or
my family may be entitled to claim that you are showing deliberate
indifference to this discrimination and you might be liable in a suit for
money damages.

I look forward to your prompt reply and the opportunity to work with you in
solving this problem, as required by the Federal statutes. You have 10 days
to enter into settlement talk or, pursuant to our rights I we file an action
Federal Court with the intent to seek significant damages and anything else
deemed proper that deter future like conduct and act as a warning to others.

Denying me access to tax relief, charging me for copies I never should have
been charged for, harassing me and telling me to leave because I tape
recorded people violating my rights, telling me I don't look like a person
who needs a service animal and incredibly rude, snobbish behavior from the
county commissioners office will end. You have 10 days to figure this out
and compensate my family or I will file a civil rights case. Your attorney's
actions were so outrageous and crude she may now qualify for a seat on the
9th circuit court of appeals along with the guy who wrote the memo that
says President Bush can torture Iraqi's legally.

Sincerely,

9

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090

Gus Johnson
Chairman County Kootenai Commissioners
Kootenai County Administration Building
451 Government Way
Coeur d'Alene, ID 83814

Sent Certified Mail Return Receipt Requested and faxed to 208-446-1609

01-28-05

In Re: Violations of the American with Disabilities Act, 504 and the Anti
Klu Klux Klan Act of 1872

Dear Mr. Johnson,

(1) This letter is to notify you of a serious violation of Federal disability
laws that is denying my self and my children, the ability to freely navigate
about society and enjoy the ability to enter the County Administration
Building with accommodations and to be free from harassment, intimidation,
coercion, retaliation threats and interference. This also consists of
retaliation, interference, coercion and intimidation towards me while acting
in the protected status of advocate for myself and others. The Federal
statutes and regulations that are being violated are supreme to the state and
local statutes, regulations and policies dealing with people with disabilities.

(2) Your county government is a recipient of Federal financial assistance. As
such, we know that you, or other agents of the county, swear in documents
to the Federal government, that you are in complete compliance with Section

10

504 of the Rehabilitation Act of 1973 and with the Americans with Disabilities Act of 1990. It is clear that you are not in compliance with Section 504 and the ADA, and in fact are violating the Anti Klu Klux Klan Act of 1872, as explained below in this complaint. My children, there mother and I are the intended third party beneficiaries of your contract with the Federal government and you are violating those rights as explained by the Supreme Court in Gebser v. Lago Vista Independent School District, 524 U.S. at 286 (1998) and Davis v. Monroe County Board of Education, 526 U.S. at 640 (1999). I am requesting in this letter of complaint that you send me a copy of the document you file with the U.S. Federal Government or other agencies swearing that you are in full compliance with all relevant Federal laws.

(3) Because of your position as Chairman of the County Commission you clearly have the authority to investigate this complaint and report back to me on the results. Further because of your position you have the authority to order the correction of the wrongs that your investigation reveals.

The ADA is a civil rights law signed by President Bush on July 26, 1990. The law mandates that individuals with disabilities shall have access to jobs, public accommodations, government services, public transportation, telecommunications--in short, participation in, and full access to, all aspects of society.

The simple question: "How can I be of assistance to you, Mr. Tetzner?" is one of the most powerful ADA compliance tools. However your chief legal counsels first words where "You don't look disabled to me, you don't look like a person who needs a service animal" or words to that effect. And the government cannot understand why citizens don't like government.

(4) Your county government has discriminated against my children and I who are people with a disability, and specifically denied my rights under Section 504 and the ADA as well as under The Anti Klu Klux Klan Act of 1872 and the county by and through it's Chief Legal Counsel Erika Ellingsen, Attorney at Law, has violated my rights under 504 and the ADA by retaliation, interference, coercion and intimidation and creating a hostile environment and further denying me my rights under The Anti Klu Klux Klan Act of 1872 by depriving me of my rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Your county government never conducted the self-evaluation of all ordinances, policies,

11

practices, procedures, customs and administrative rules and regulations, with the involvement of people like me and organizations representing disabled individuals, as required by Section 504 and the ADA. Nor did Kootenai County government modify, after consultation with people like me and organizations representing persons with disabilities, any ordinances, policies, practices, procedures, customs and administrative rules and regulations, that the self-evaluation showed did not meet the requirements of Section 504 or the ADA. Nor did Kootenai County take appropriate steps, after consultation with people like me and organizations representing persons with disabilities, to remedy and eliminate the effects of past discrimination under such policies and practices that were exposed in the self-evaluation. Nor has the county taken any action to eliminate the deprivation of people's rights, privileges, and immunities protected under the U.S. Constitution or other federal law. Nor did the County Commissioners take action when I previously complained and sought an accommodation.

One such problem that would have been addressed and remedied would have been the requirement for training and supervision of county employees, especially those in constant contact with the public and those who render legal decisions, to require them to implement and not ignore or violate rights for the counties citizens under Section 504, The ADA and The Anti Klu Klux Klan Act of 1872. Such as the right to enter county buildings with a service animal, the right to ask about service animal access and then subjected by county actors such as Attorney Erika Ellingsen who stated "You sure don't look like a person who needs a service animal" and upon information and belief because of my previous free speech activities brought along 3 burly security officers which created an atmosphere of harassment, intimidation, coercion, retaliation threats, interference and fear and created a hostile environment.. The failure to do these self evaluations and to train county actors about 504, The ADAS and The Anti Klu Klux Klan Act of 1872 my civil rights were ignored and otherwise I was punished for the counties lack of success by being removed from opportunities to learn about and enjoy the benefits of government and unlawfully denying me the right to receive services and the right to speak freely to redress the wrongs of county government and denied me the right to free speech. The situation may also constitute assault and battery and false arrest as the sudden appearance of security officers who looked like they were armed created fear within me and by standing under the doorway blocked my ability to freely leave the computer room by a person with authority or presumed authority. The ability

12

STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder
By: A. Montano
Commissioners

to advocate for my child and I was met with hostility, retaliation, interference, coercion and intimidation and discrimination, The county has further failed to notify the citizens of their rights under 504 and the ADA, the county failed to notify the staff and administration that it is against the law for retaliation, interference, coercion and intimidation or create a hostile environment under 504 and the ADA. This is known by all administrators in Kootenai County Government, but the county and you have failed to remedy this lawless official conduct. My lack of success in obtaining the benefits of government to date was caused by you and the failures and refusal to follow Federal laws and by creating a hostile environment. Attorney Erika Ellingsen also accused me of refusing to leave a county building on time and ask me to identify myself in violation of the Constitution and Kolender vs. Lawson, citations omitted. I paid for my copies by check and apparently that private financial instrument was examined by a 3rd party security Gestapo force that walked back to their security station and stated "his name is Tetzner". Upon information and belief the county keeps a lists of those who exercise there rights to further create a hostile environment. And personal financial information has been illegally turned over to a security company. Your ADA compliance officer, Sherri Bates has further harassed, intimidated, coerced and threatened me by insisting that a Kootenai County Sheriff's Deputy attend a planned meeting concerning my complaint, said officer being present, with a firearm and Chemical Mace as an intimidation factor. Also this officer would be required to make notes and file information in a field interview form which would be displayed and entered onto a law enforcement computer such as NCIC, in effect documenting the lawful activities of a citizen who is asserting their civil rights, much like the police "red squads" did in the 60's and 70's. Sheriff Watson has since declared no deputy or other law enforcement person under his command will partake in any such activities. This has caused Ms. Bates to contact her own lawyer and now refuses to meet with me stating it shall be conducted under a telephone interview ad that I must now give up my copy of my video of the attack upon myself and my child and service animal to her. The county wants this tape badly and to orchestrate such a foolhardy attempt shows how the county continues to violate a person's rights while investigating a violation of those rights. The county ADA compliance officer must also end her illegal actions and inactions and meet face to face with me and view my evidence without taking possession of it.

(5) You clearly exercise control over physical sites where this discrimination and violation of Federal law took place and still takes place. Further, you

13

clearly exercise control over the personnel who committed the discriminatory acts and continue to commit them.

(6) These acts of discrimination were clearly not a single act but are severe and pervasive, affecting my children, spouse and I by changing the entire direction of our ability to enjoy the benefits of government, denying us the ability to reach our goals as citizens, subjecting us to retaliation, interference, coercion and intimidation creating a hostile environment at home and in county buildings and within the community, denying us including but not limited to, the benefits of government and rights immunities and privileges under ADA, 504, the US and Idaho Constitution and The Anti Klu Klux Klan Act of 1872, and is now causing problems we did not have, or have increased, or would not have had before the counties discriminatory actions and/or inactions and violation of the law. The continuing harm to us and other citizens from these actions and inactions is clearly unreasonable to any objective observer.

(7) These discriminatory actions and violation of the law clearly excluded us from continuing and/or benefiting from the benefits of government we are entitled to, related to tax abatement, access to public records without charge access to county buildings with service animals, to be free from assault and false arrest and imprisonment and being refused access to all services by being told to leave for tape recording conversations and correcting staff when they violated the law, and denying me a accommodation for another chance to get tax relief because I suffered from a medical condition that rendered me unconscious and unable to attend a scheduled meeting. We are clearly being denied the benefits of what other citizens in the community have access to. This discrimination has had "a concrete negative effect" on our families "ability to enjoy the benefits of government." And has created a hostile environment for myself and my family

(8) The county must stop this discrimination and retaliation, interference, coercion and intimidation that deny us the benefits of government and access to records, and that creates a hostile environment, and stop the failures and violation of federal law of your employees and/or agents. The county must further end the continuing discriminatory act of denying me, my wife and our children the benefits of the law and the benefits of the self-evaluations under Section 504 and the ADA which would have identified this type of problem and given us input into seeing that it is solved within the laws of the

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Clifford T. Hayes
Clerk/Recorder
By:
Commissioners
Deputy
April 14, 2011

14

United States rather than just by trying to cover up the administrative inadequacies of your county employees, administrators and elected officials.

If the county did the right, and legally required thing it would conduct the required self-evaluations, it would honor and enforce the law, it would have a policy against retaliation and the creation of hostile environments. It would force staff to allow access to records, to enjoy the use of service animal in county governments It would then put into place the procedures needed to establish the remedial steps that must be taken so that we and others parents are being dealt with under the appropriate laws, not some local "custom or practice." Then the county must decide, with our input, the compensatory services that must be made available to myself and/or my family so that we can be brought back to the level where he would have been if your county government had been in compliance with all the Federal laws And to decide reasonable compensation for myself and family for being retaliated against and being subjected to a hostile environment.

(9) As a result of your continuing refusal to comply with Section 504 and the ADA, and The Anti Klu Klux Klan Act of 1872 the school county did not put in place the "grievance procedures" that are required by Federal laws and which would have allowed the prompt and equitable resolution of my complaint. As a result of not having these procedures available under either law I was left with no avenues. This notice this is to also serve as a 504 and ADA complaint against the county and its staff and administrators, please notify us of our rights and set a hearing date for the county to hear this as Federal law requires the county to have a grievance procedure set up to deal with our complaint and the complaints of others.

(10) As indicated by the U.S. Supreme Court in the Gebser and Davis cases referred to above, by Federal Circuit Courts of Appeals, if you do not investigate this complaint, or if you investigate but do not take any corrective action on the basis of your findings, or if you take action but it is ineffective in ending the discrimination and non compliance with the above rights, privileges and immunities of the abovementioned laws, then I and/or my family may be entitled to claim that you are showing deliberate indifference to this discrimination and you might be liable in a suit for money damages. I believe public policy and insurance rules would bar your insurance from paying and the damages would come out of your pocket. In essence you're on the hot seat for these violations. Per Justice O'Connor



15

writings, you have been given adequate notice to end these actions; otherwise they can prove quite costly you. Mr. Johnson, you and other commissioner may despise me for my assertion of rights, do not let your ego override your common sense. I have a video of myself being assaulted by agent of the county one day after your chief counsel and former commissioner Panabaker assured me I was not to be bothered. Under the ADA you must sever your contract with the Watson agency as they practiced discrimination towards a disabled person. I have also been harassed by Watson Agency staff for having a child with autism. This family will no longer tolerate these illegal activities.

I look forward to your prompt reply and the opportunity to work with you in solving this problem, as required by the Federal statutes. You have 10 days to enter into settlement talk or, pursuant to our rights I we file an action Federal Court with the intent to seek significant damages and anything else deemed proper that deter future like conduct and act as a warning to others.

Denying me access to tax relief, charging me for copies I never should have been charged for, harassing me and telling me to leave because I tape recorded people violating my rights, telling me I don't look like a person who needs a service animal and incredibly rude, snobbish behavior from the county commissioners office will end. You have 10 days to figure this out and compensate my family or I will file a civil rights case and/or seek action through the department of Justice.

Sincerely,

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090

I also filed an ADA complaint here is correspondence to the ADA compliance officer;

Cherie Bates
ADA Compliance Officer
Kootenai County
PO Box 9000

16

Coeur d'Alene, ID. 83816-9000

In re: ADA Complaint

2-02-05

Dear Ms. Bates,

On 2-01-05 we spoke on the telephone and to memorialize that conversation I believe you needed further information about my interaction with Erica Ellingsen and recent discrimination, and what I hope to accomplish with this complaint.

I wish to ensure the Watson Agencies contract with the County is revoked pursuant to the ADA which bars a governmental entity from having a contract with a company that discriminates. I also believe their city contract should be revoked but understand that is an issue with the city. I also believe the Watson Agency owes me financial compensation because the actions/inactions of their employee(s) were outrageous and required medical treatment and expense. The County may also be asked for such compensation. Training for Watson's employees would be a waste of time as this law has been around for 14 years and they have violated it so flagrantly. The County also needs to have clean hands and needs to do the required assessment pursuant to ADA to ensure policies; procedures and/or ordinances do not discriminate against people with disabilities.

As for Ms. Ellingsen. On 12-29-04 I was doing research in the recorders office. Our family has been the victim of a terrible fraud and without this research we may end up in bankruptcy court. Because of this incident I am now at least one month behind on my research.

I am well aware that despite the ADA being a law since 1990 it is frequently broken by private and governmental agencies. Knowing that I would have to return on 12-30-04 to continue my research I knew I would bring my toddler and our service animal. I try to avoid having to assert my rights in front of my children since assertion of these rights can lead to people getting very angry. That is why congress added the protection for advocacy, but even those words in a statute can not immediately protect a child from harm so I chose to play stupid and asked Debbie in the recorders office if I could bring my service animal. Just before 5PM Erica Ellingsen walked into the computer room of the recorders office and had 3 Watson guards with her. Mike Bragdon was one of them. One officer blocked the door with his body; this was intimidation and made it clear I was not allowed to leave when I wanted to. Debbie, Erica and I were in this

17

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

April 14, 2011

Clifford T. Hayes
Clerk/Recorder

By _____
Deputy

Commissioners

computer room. Ms. Ellingsen stated she was the counties chief attorney and that I did not look disabled enough to warrant the use of a service animal and she made inquiries about my disabilities and I believe my child's. She was otherwise including but not limited to, rude, condescending, coercive, intimidating and threatening. I made it clear if I was not allowed to bring the service animal I would sue the commissioners and the county to which she responded "I am sure you would like that". I also asked Debbie to identify who she was, she stated "Debbie". When I asked for her last name, Ms. Ellingsen stated I had taken enough notes. Ellingsen asked for my name and I declined to give it to her. I asked why she brought 3 security guards with her. She stated it was policy since it was now 5 PM. Ellingsen stated there was an ordinance prohibiting dogs in the building and I replied that law does not apply to service animals. She stated if my dog behaved I could bring it. I paid for my copies with a check which she seized to learn my identity and gave this information to Mike Bragdon of the Watson Agency. I spoke to Panabaker and Curry. Commissioner Curry told me the 3 guards where brought because of my "activities" in the community. These activities consist of assertion of civil rights and litigation in federal court concerning violations of civil rights, litigation in which I prevailed. This entire interaction with Ellingsen was intimidation, coercion and threatening and harassing. When I spoke to her on 12-30-04 after the attack she informed me she already completed her investigation and that I was never touched. On 12-30-04 when I entered the building I heard the information person call someone and alert them to my presence and that of our service animal. When I asked her why she did that she stated there was an ordinance outlawing dogs from the building and stated her name was Peggy. I informed her the animal was a service animal and requested the ADA compliance officer which seemed to be a mystery to her. Peggy's actions/inactions show a callousness that cannot be tolerated, she also exhibited by her behavior that the County has done little if anything, trained their employees on the Americans with Disabilities Act. It was plain for any objective observer to see Debbie in the recording office had no clue about service animals or accommodations. I have also left several voice messages for Ellingsen to get assurances I would not be subjected to further discrimination if I returned. She never called back. On 2-01-05 I needed to do more research but this time in the courthouse. Again I played stupid and called the civil department and if I could bring my service animal. I was directed to speak to Watson guard Dennis Crouch. Mr. Crouch said a Chihuahua is not a service animal (how did he know the breed?) He stated I must prove what the animal does and what it does or me to see if it passed

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.    April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder

By A. Nortello
Deputy

Commissioner's

18

this arbitrary and capricious "litmus test". I recorded the cal. I hen called the presiding judge of the day (Judge Watson) and left a message about this. I also called the counties attorneys and asked for Ms. Ellingesen, she has refused to take my calls or to return them. I was allowed to leave a message with another of the counties attorneys, who also did not call back. Judge Watson's staff person spoke to someone in her building who directed us to call Charlie from the Watson Agency, we did so on a 3-way call I initiated and Charlie assured us that Mr. Crouch was wrong. I was later allowed to enter the courthouse but I was exhausted from all the hassle I went through. Mr. Crouch has harassed me before because he did not like the way my son with autism was acting and suggested I leave him in the car. I wrote an immediate request for accommodations for him to give his supervisor. No one ever contacted me. When I told some supervisor at the Watson agency about crouch I was ignored. The Watson agency CEO and other top administrators have refused to call me back and discuss this situation. One time Mr. Crouch tried t calm an angry person by intimidating and yelling at him. People were so scared they hid under the table in the records room. I used my cell phone to call 911 as it appeared a violent act was about to occur. Crouch threatened me with sanctions for using a cell phone on the lower courthouse level. Someone as ignorant or stupid as that has no business being in charge of protecting the courthouse. An agency with that type of help has no business having a contract with the county.

Very truly yours,

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090



19

Cherie Bates
ADA Compliance Officer
Kootenai County
PO Box 9000
Coeur d'Alene, ID. 83816-9000
Sent via fax and US Mail

In re: ADA Complaint

3-25-05

Dear Ms. Bates,

We had a meeting scheduled to view the video tape of a county contracted actor beating me up along with my daughter and service animal. You suddenly canceled the meeting without explanation. You stated a letter with your determination was to be sent to me. No such letter has ever arrived. The law allows me to proceed with a 504/ADA Complaint which you must investigate and you must look at all evidence. I also have the right to redress the government for wrongs under the 1st. Amendment of the US Constitution and the Idaho Constitution. For whatever reason you have decided to stop the process and stop the inflow of evidence. The video tape cannot be explained away and the actions of the security cannot be explained away nor excused. Federal law prohibits the county from having a contract with an agency that discriminates. In the beginning you chose to intimidate me and harass me by utilizing friendships within the sheriff's department to attend a previously scheduled meeting. The only purpose to bring an armed law enforcement official is to intimidate and harass. As you probably know the sheriff put a stop to this type of misuse of his personnel, given the JET controversy, you should be fired over a stunt like that. I need to know where you stand on this entire issue. Given the recent county JET program being trashed by county paid employees I would think the county would want to show they actually have some decency and credibility in honoring the rights of its citizens and ensure programs and staff and agents follow the law. I believe Mr. Johnson has received a Gebser letter putting him on the hot seat for failing to do anything about this situation. I am most disappointed at the counties inaction, but I am not surprised. I find that in asserting civil rights one meets many small minds and frightened little bureaucrats, both hired and elected; who feel squashing the little guy to shut them up in an effort to force them to abdicate their rights is the only way to go. You're rolling the dice to see if this situation will cost you any money. If the eggheads of

20

STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF
THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Clifford T. Hayes Commissioners
Clerk/Recorder By. D. Maitland
Deputy

government wish to play the odds they should buy a lottery ticket or go to Vegas and actually follow the law instead of sweeping it under the carpet with bully tactics.

Also pursuant to the Open Records Law I request copies of all Federal grants that Kootenai County Receives, I require the name of the Grant, the amount of the Grant, the purpose and the address and name of an official within the government that can be communicated with concerning the counties violation of civil rights which would terminate or in the future cut-off said grants. You have 10 days to supply the information.

Very truly yours,

_____

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090

Here is my ADA/504 complaint;

Kootenai County ADA/504 Compliance Officer
Complaint
Kootenai County Administration Building
Coeur d'Alene, ID. 83814

I am a person with a disability pursuant to the definition of disability as stated in The Americans with Disabilities Act as are 3 of my children. On 12-29-04 I was doing research in the county recorders office, Kootenai County Administration Building, Coeur d'Alene, ID. 83814. I did not complete my work and knew I would return the next day with at least one child and a handicap service animal. Service animals are protected under The American with Disabilities Act since 1990. I knew I had an absolute right to bring the animal, but since I was bringing a child I did not want to be involved in anything confrontational or controversial because despite the longevity of The ADA it is still violated with the frequency of a cheap ham radio. Chief attorney Erica Ellingsen was called and came with 3 security officers (including today's attacker), that interaction can be viewed in the

21

STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder
By: _____
Commissioners
Deputy

accompanied attached document which was served earlier today to the county commissioners. I lawfully entered the building with my child, Kylie a 2 year old and our service animal "Bruzer" who weighs 5 lbs. The desk person made a call that I heard without any type of enhanced electronics and was reporting my entrance and the service animal's presence. The room I was going to work in had tight quarters and usually other people in it; since it appeared something was going on I stayed in a large public area. I did not suspect any type of violence. The security officer from the Watson Agency approached me with a tape recorder (white male, 5'11', 175 lbs, tinted glasses, short black hair, mustache, wrinkles on face, no name tag, pronounced limp, may have a prose tic leg, or bad knee/hip, wearing a security uniform with the Watson agency patch, dark security officer jacket opened up, he also wore a tie, I believe his name Is Mike Bragon) he held a tape recorder in his hand, he demanded I not record. Under the Omnibus Crime Control and Safe Streets Act of 1968 at 18 USC 2510 I can record.

The Idaho state statute states at 18-6702 (2)(d) the following;

(d) It is lawful under this chapter for a person to intercept a wire, electronic or oral communication when one (1) of the parties to the communication has given prior consent to such interception.

The statute requires that at least one person who is a party to the communication give consent, the party giving consent can also be the person intercepting with a tape recorder.

I gave consent and the statute includes video cameras.

This assault and battery also includes a violation of The Anti Klu Klux Clan Act of 1872.
The security officer brought his hand up to the camera several times striking it and causing the camera to strike me in the face injuring my right eye. The officer also made other illegal physical contact and may have ran into my child and service animal. When I reported this via 911 I did not notice my eye being sore. My daughter was knocked over as I was retreating I am unaware of any injuries other than fear; I picked her and the service animal up to escape the continued assault and battery. I pleaded with the attacker to stop. At no time did I attack or become the aggressor, I fully retreated. The officer can be heard to say "good" when I state I am leaving, he continued the attack until I was on the elevator. I feared he may have pepper spray and

22

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

April 14, 2011

Clifford T. Hayes
Clerk/Recorder
By Commissioners
Deputy

I did not want my child injured. The tape clearly shows I was being attacked and that I retreated. Seeing as how this officer was part of the gang previously used to intimidate me and that the chief attorney mentioned above told me I could bring a service animal I believe she conspired with the security officers to harass or otherwise cause me harm if I returned with the service animal. I was also ensured by Richard Panabaker Chairmen of the County Commission that the ordinance banning dogs did not apply to service animals and that he would see to it I was not bothered. After the incident Commissioner Currie told me there was some special status he was aware of concerning my advocacy and that status included but was not limited to some type of special sanctions to be directed at me by the police should I advocate. As for a conspiracy, the right hand need not know what the left hand is doing. I am fully within my rights to bring a service animal into any public building in the United States and to tape/video record anything in a public building. The actions of the officer were clearly outrageous as he was an aggressor to a father showing a Christmas tree to his child and explaining she should not take the candy on it. The attack was not in proportion to any threat, as no threat was present. Unless it's legal to attack the Tetzner family I expect assault and battery and injury to a child to be filed as well as the charge of a hate crime (see included information from the Idaho State Police on Hate Crimes) as a felony. These parties had warning a service animal was coming and were given legal notice to stop unlawful acts, instead of complying with the law they chose to violate it with physical assault. Their attorney has stated she investigated and stated I was never touched. The tape shows differently. Also this is not a civil case involving service animals this is an assault. Despite the outrageous nature of this conduct I hold little hope the Coeur d'Alene police department will take it seriously. The Department Of Justice has a Technical Services Assistance branch and they informed me an attack of this nature constitutes a hate crime and that the county and/or city was barred from having a contract or otherwise doing business with a company that had committed such an act of discrimination. Also your chief attorney has tainted the counties ability to investigate this case as she is now a participant in an illegal act, both for her harassment, intimidation, coercion and threats on 12-29-04 and the resulting conduct of the Watson Agency on 12-30-05. I also believe the information person at the 2nd floor information booth was ordered to report my activities such as entering the building and bringing a service animal. It is important to find out who instructed her, my video shows she did in fact contact the aggressor and it is tantamount to learn who instructed her. I need assurances that the county be given the ability to view the videotape of the attack but

23

STATE OF IDAHO
COUNTY OF KOOTENAI } ss.   April 14, 2011

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

Clifford T. Hayes
Clerk/Recorder

By: Marianne
Commissioners
Deputy

that they not utilize it to reduce their own liability which is not the purpose of the 504 and/or ADA grievance procedure. Also when I requested the ability to bring a service animal in the recorder's office, it needs to be determined why the ADA compliance officer was not contacted. It needs to be determined why 3 Watson guards were brought and why one stood blocking the doorway. A person in the recorder's office known as Debbie was in the computer room when Ellingsen and the Watson guards arrived. My family and I are extremely shook up over this attack and lawless official conduct and discrimination. Unless we can enjoy the benefit of government and have the ability to enter the buildings administered by the county we will suffer financial ruin. Currently we are too afraid to enter any county building with or without our service animal for fear of being beaten again, also your guards are armed with a chemical irritant and if that is used on me or my children it will cause respiratory arrest and result in our death(s). I need written assurances we will be free from discrimination as we would like to witness the swearing in of a new commissioner and attend public meetings without fear of harassment, coercion, threats, intimidation assault and other illicit of discriminatory conduct likely to result in a violation of our civil rights, injury or death. The complaint to Mr. Panabaker may contain allegations not in this above complaint; if that is the case they should still be incorporated as part of my grievance/complaint.


Randy Tetzner
1-07-05


Included laws relating to service animals, National Association of Attorney Generals letter and DOJ FAQ's on service animals, brochure from Delta on service animal rights.



STATE OF IDAHO
COUNTY OF KOOTENAI } ss. April 14, 2011
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE
Clifford T. Hayes, Clerk/Recorder
By Commissioners Deputy

24

Ms. Bates has the above referred to documents about service animals.

Also federal law requires that you not do business with a company that practices discrimination.

I am requesting $100,000.00 (one hundred thousand dollars) as damages and/or compensation. Please respond.

Very truly yours.

Randy Tetzner
1318 E. Locust Ave
Coeur d'Alene, ID. 83814
(208)667-9090





STATE OF IDAHO
COUNTY OF KOOTENAI } ss.

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORD IN THIS OFFICE

April 14, 2011

Clifford T. Hayes By
Clerk/Recorder
COMMISSIONERS
Deputy

page 25 of 25

25