PETER C. ERBLAND, ISBA #2456
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID 83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER and BABY DOE ONE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO, a municipal governmental body; RICK CURRIE, GUS JOHNSON, KATIE BRODY, Kootenai County Commissioners; RICHARD PANABAKER, Former Kootenai County Commissioner; ERICA ELLINGSON aka ERICA GRUBBS, Kootenai County Attorney; CHERI BATES, Former Personnel Director Kootenai County; WATSON AGENCY, INC., Idaho Corporation and Agent of Kootenai County; JOHN WEICK, CEO Watson Agency, agent of Kootenai County; MIKE BRAGDON aka MIKE BRAG aka JOHN DOE NUMBER ONE, Security Guard Watson Agency and Agent for Kootenai County; JOHN DOES 2 thru 50, Unknown Defendants,<br><br>Defendants. | Case No. CV 07-00035-EJL-LMB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that Peter C. Erbland of Paine Hamblen LLP is hereby

substituted as attorney for defendants Kootenai County, Elmer Currie, Gus Johnson, Katie

NOTICE OF SUBSTITUTION OF ATTORNEY - 1

Brodie, Richard Panabaker, Erika Grubbs and Cherie Bates, in the above-entitled action in place and instead of Seann M. Mumford, who hereby withdraw as these defendants' attorney.

DATED this _____ day of November, 2011.

PAINE HAMBLEN LLP

_____
PETER C. ERBLAND
Attorney for County Defendants

DATED this _____ day of November, 2011.

_____
SEANN M. MUMFORD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner                    ☐    CM/ECF SYSTEM
1318 E. Locust                     ☑    US MAIL
Coeur d'Alene, ID 83814            ☐    OVERNIGHT MAIL
                                   ☐    TELECOPY (FAX) to:
                                   ☐    E-MAIL TO:

By: _____

H:\CDADOCS\00228\00241\PLEAD\C071152

**NOTICE OF SUBSTITUTION OF ATTORNEY - 2**