IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, ) | |
| Plaintiff, ) | Case No. CV07-0035-N-EJL |
| ) | |
| vs. ) | LITIGATION ORDER |
| ) | |
| KOOTENAI COUNTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 14, 2012, the above-entitled issued a Memorandum Decision and Order denying Defendants' Motion to Dismiss (Docket No. 66).

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1.   Pursuant to Local Rule 16.1, the parties shall meet and determine:

   A.   A litigation plan[1];

   B.   If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

2.   On or before **June 14, 2012**, the parties shall file with the court the Litigation Plan form.

---

[1]Attached is a Civil Case Litigation Outline which shall be used by the parties in determining their case litigation plan.  The Court will expect the outline to be followed unless a showing by the parties is made that the case is highly complex in nature. The litigation plan form can be found at http://www.id.uscourts.gov/forms-dc/LITPLAN_ejl.pdf.

[2]Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program.  Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

LITIGATION ORDER - Page 1
12ORDERS\tetzner_lit.WPD

3.    Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

DATED:  **March 15, 2012**

Honorable Edward J. Lodge
U. S. District Judge

# CIVIL CASE LITIGATION OUTLINE

| DAY | EVENT |
|---|---|
| 1 | Memorandum Decision and Order (Docket No. 66) |
| 69 | Parties Meet on Litigation Plan (Local Rule 16.1) |
| 80 | **DISTRICT COURT FILING DEADLINE:** Joint Litigation Plan Form |
| 83 | **Case reviewed by Court for:**<br>   **(1) Completion of service (2) Litigation Plan Form**<br>Initial Disclosure Deadline (FRCP 26.1, and Local Rule 16.1) |
| 135 | Expert Disclosure by plaintiff |
| 165 | Expert Disclosure by defendant |
| 180 | Rebuttal Expert Disclosure by plaintiff |
| 210 | Pre-Alternative Dispute Resolution (ADR) Discovery Deadline<br>**DISTRICT COURT FILING DEADLINE:** Motion to Amend |
| 240 | ADR Conference (Mediation, Arbitration or Settlement Conference) |
| 247 | **DISTRICT COURT FILING DEADLINE:** ADR Status Report |
| 300 | Final Discovery Deadline |
| 330 | **DISTRICT COURT FILING DEADLINE:** All Pre-Trial Motions (6 months before trial) |
| 531 | **TRIAL:** Scheduled to begin on Tuesdays at 9:30 a.m. unless otherwise ordered. |