IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER, | ) |
| | ) |
| Plaintiff(s), | ) Case No. CV 07-0035-N-EJL |
| | ) |
| vs. | ) |
| | ) LITIGATION PLAN |
| KOOTENAI COUNTY, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## PLEASE INDICATE <u>DATES</u> WHERE APPLICABLE

1.    **Expert Witness Disclosure:**

Plaintiff: August 31, 2012

Defendant: September 28, 2012

Rebuttal: October 12, 2012

2.    **Amendment to Pleadings, Joinder of Parties, Pre-ADR Discovery deadline:** July 15, 2012

3.    **ADR Conference:** Arbitration          (please choose one)

to be held by: March 1, 2013

4.    **Final Discovery Due:** November 30, 2012

5. **Non-Dispositive & Dispositive Pre-Trial Motions Deadline:**
   December 31, 2012

   Responsive Pleadings Due 21 Days from Receipt of Motion

   Reply Pleadings Due 14 Days from Receipt of Response

6. **Proposed Trial Date(s):**
   April 9, 2013 — first preference
   April 16, 2013 — second preference
   April 23, 2013 — third preference

7. **Trial: Jury or Court** – Jury

8. **Total Projected Number of Days:** 4

9. **Location:** Coeur d'Alene

_____          _____
Attorney for Plaintiff                            Date

Peter C. Erbland                                  JUNE 14, 2012
_____          _____
Attorney for Defendant                            Date