In the United State District Court
For the District of Idaho

Randull Tetzner, plaintiff(s),          )
          ~~Defendant~~                  )
                                         )   Case no. CV 07-0035-N-EJL
          vs.                            )   Litigation Plan
Kootenai County,                         )
          Defendant(s)                   )

1. Expert witness Disclosure

     1. Plaintiff   Jan. 31, 2013
        Defendant   ~~Feb~~ March 1st, 2013
        Rebuttal   May 31, 2013

     2. Amendment to Pleadings, Joinder of Parties, Pre-ADR
        Discovery deadline
                Jan 15th. 2013

     3. ADR conference Arbitration
        neither date proposed by defendent was workable

        So, November 2013

     4. Final Discovery due by August 31st 2013

     5. Non-Dispositive & Dispositive Pre-Trial Motion Dead line:
        Oct 31st. 2013

     6. Proposed Trial Dates
           Anytime in 2014 for Plaintiff.
           Request Jury trial in Coeur d'Alene, with a
           settlement conference with the Judge. unsure of
           trial time, may be 6-7 days due to inclusion of
           American with Disibilities Act Countywide overview

U.S. COURTS

JUN 14 2012

Rcvd____ Filed____ Time 2:48
ELIZABETH A. SMITH, CLERK
CLERK

required by the Federal ADA law.

My computer is broken and I have medical needs that will slow my ability to comply with defendants dates. If anything it acts in plaintiffs detriment, but nothing can be done. The issues are complex and take place over a period of 20 or more years. Plaintiff is not a lawyer and does not have the financial means to hire one, nor has any legal aid agency expressed a willingness to take over this case, not because of its lack of merit, simply because of their own budgets.

7, Final Motion to Amend Petition to add other defendents

August 31st 2013

June 13-2013

Randy Tetzer

I have hand delivered a copy to the defendents lawyers at Paul-Hamlin on June 14-2012

Tetzer