PETER C. ERBLAND, ISBA #2456
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID 83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL TETZNER , ) | Case No. CV 07-00035-EJL-LMB |
| ) | |
| Plaintiff, ) | **STIPULATION TO ASSIGNMENT OF** |
| ) | **MAGISTRATE JUDGE AND** |
| vs. ) | **MEDIATION** |
| ) | |
| KOOTENAI COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Randall Tetzner, pro se, and defendants, by and through their attorney of record,

Peter C. Erbland of Paine Hamblen LLP, hereby stipulate and agree to the assignment of the

above-captioned matter to a magistrate judge and also stipulate to a mediation rather than

arbitration of this matter.

DATED this 31 st day of August, 2012.

PAINE HAMBLEN LLP

_____
PETER C. ERBLAND
Attorney for the Defendants

DATED this _____ day of August, 2012.

_____
RANDALL TETZNER, pro se

H:\CDADOCS\00228\00241\PLEAD\C094113

**STIPULATION TO ASSIGNMENT OF
MAGISTRATE JUDGE AND MEDIATION - 2**