UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| RANDALL TETZNER , | ) ) | Case No. CV 2:07-cv-00035-LMB |
| Plaintiff, | ) ) ) | **ORDER OF REASSIGNMENT OF** |
| vs. | ) ) | **MAGISTRATE JUDGE AND** **MEDIATION** |
| KOOTENAI COUNTY, et al, | ) ) ) | |
| Defendants. | ) ) | |

This matter, having come before the Court on the Stipulation of the parties to Assignment of Magistrate Judge and Mediation (Dkt. 72) in this matter, and the Court having reviewed the Stipulation,

IT IS HEREBY ORDERED that the parties shall participate in **mediation**. The parties shall meet, at a time and place agreeable to all, on or before **October 31, 2012,** with individuals who have settlement authority. The parties shall file with the court a joint written statement regarding the efforts and progress made towards settlement within **seven (7) days** after mediation is complete. The report shall also state the parties' estimated trial time. Mediation is a non-binding process wherein the parties attempt to resolve their differences with the assistance of a third-party facilitator; the mediator. All proceedings in a mediation session are confidential and privileged from discovery.

Counsel for the parties are directed to contact Ms. Susie Boring-Headlee, ADR Coordinator for this district, at 208-334-9067. Ms. Headlee will provide information regarding the selection of a neutral, qualified mediator. The selected mediator will make the discretionary determination as to the exact date of the mediation session based upon the particular circumstances of the case and input from the respective parties. The mediator will also determine whether any follow-up mediation sessions are necessary.

Named parties shall be present during the entire mediation process in accordance with Section (m) of the Mediation Program Procedures for the District of Idaho. The parties shall make independent arrangements for payment of fees for the mediation. The costs of mediation are to be divided and borne equally by the parties unless agreed otherwise.

IT IS HEREBY ORDERED that the above-captioned matter be reassigned to *United States Magistrate Judge Larry M. Boyle* for all further proceedings and the trial set before the undersigned is vacated. You are hereby notified that due to the reassignment of this case to *United States Magistrate Judge Larry M. Boyle*, the case number is changed as reflected above. Please use the new case number on all future filings.

DATED: **September 17, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER OF REASSIGNMENT OF**
**MAGISTRATE JUDGE AND MEDIATION - 2**