UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

RANDALL TETZNER,

          Plaintiff,

    v.

KOOTENAI COUNTY, et al.,

          Defendants.

Case No. 2:07-cv-00035-LMB

**ORDER REFERRING MATTER TO SETTLEMENT CONFERENCE**

The September 25, 2012, Scheduling Order (Dkt. 74) is amended to reflect that this matter is shall be referred for a judicially-supervised settlement conference, and order for arbitration is withdrawn.  Accordingly, it is ORDERED that this matter is referred to United States Magistrate Judge Ronald E. Bush to conduct a judicially-supervised settlement conference. The parties shall conduct the conference by January 15, 2013.  The parties shall contact Judge Bush's Courtroom Deputy, Lynette Case, at (208) 334-9023, by October 12, 2012, to schedule the settlement conference.

DATED:  September 26, 2012.

Honorable Larry M. Boyle
United States Magistrate Judge

**ORDER REFERRING MATTER TO SETTLEMENT CONFERENCE - 1**