PETER C. ERBLAND, ISBA #2456
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RANDALL TETZNER , | ) | Case No. CV 07-00035-LMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| KOOTENAI COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Kootenai County, Idaho, Kootenai County Commissioners Rick Currie, Gus Johnson, Katie Brody, Richard Panabaker, former Kootenai County Attorney Erica Ellingson a/k/a Erica Grubbs, Former Personnel Director of Kootenai County Cheri Bates, and Kootenai County John Doe Agents 2 through 50, by and through their attorney of record Peter C. Erbland, and Plaintiff by and on his own behalf Pro Se, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice with regard to the above-named Defendants, and without costs or attorney fees to any of these named parties described herein.

DATED this 27th day of November, 2012.

By _____
Randall Tetzner, Pro Se

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this _____ day of November, 2012.

PAINE HAMBLEN LLP

PETER C. ERBLAND
Attorney for the Defendants Kootenai
County, Rick Currie, Gus Johnson, Katie
Brody, Richard Panabaker, Erica Ellingson
a/k/a Erica Grubbs, and Kootenai County
John Doe Agents 2 – 50

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner          ☑   CM/ECF SYSTEM
1318 E. Locust           ☐   HAND DELIVERED
Coeur d'Alene, ID 83814

Timothy L. Van Valin     ☑   CM/ECF SYSTEM
Attorney at Law
14020 Thayer St.
PO Box 1228
Rathdrum, ID 83858

By: _____

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**