IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Randall Tetzner                          )
Plaintiff                                )
                                         )
v.                                       ) No. CV 07-35-N-ELJ-LMB
                                         )
                                         )
Kootenai County, Idaho. et al            )
Defendants                               )

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant Michael Borg. While Mr. Borg's name is misspelled in the petition, he had a lawyer enter an appearance for him after he was served as a John Doe number one, Mike Brag or Mike Bragdon, this appearance being sent only to plaintiff (Exhibit one) and defendants Kootenai County and their employees/agents never to District court. He is represented by counsel and never fought service so the petition was never amended. In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

_____
Plaintiff