RECEIVED - CDA
3:29 KRISTI
APR 04 2011
scanned
PAINE HAMBLEN LLP

Exhibit # 1

TIMOTHY L. VAN VALIN
Attorney at Law
14020 Thayer St.
P.O. Box 1228
Rathdrum, ID  83858
Phone:  (208) 687-3615
Fax:     (208) 687-2359
ISB 3827

IN THE U.S DISTRICT COURT FOR THE DISTRICT OF IDAHO

Randall Tetzner
and
Baby Doe One, a minor child

       Plaintiffs,

vs.

Kootenai County, Idaho
a municipal governmental body

Rick Currie
Gus Johnson
Katie Brody
Kootenai County Commissioner,

Erica Ellingson
a.k.a
Erica Grubbs
Kootenai County Attorney,

Cheri Bates
Former Personnel Director Kootenai
County,

Watson Agency, INC.
Idaho Corporation and agent of
Kootenai County,

Notice of Appearance

NOTICE OF APPEARANCE - 1

John Weick, President
Watson Agency, agent of Kootenai
County,

Julie Weick, CEO
Watson Agency, agent of Kootenai
County

Mike Bragdon,
a.k.a Mike Brag, a.k.a. John Doe
number one, Security Guard Watson
Agency and Agent for Kootenai
County

John Does 2 thru 50,
Unknown defendants

---

COMES NOW, Tim Van Valin, Attorney at Law, and hereby appears for and on behalf of the Defendant, Mike Bragdon, aka Mike Brag, aka John Doe number one, Security Guard Watson Agency and Agent for Kootenai County.

You are hereby notified that all papers to be served on Mike Bragdon, aka Mike Brag, aka John Doe number one, Security Guard Watson Agency and Agent for Kootenai County shall be served on Timothy L. Van Valin, 14020 Thayer St., P.O. Box 1228, Rathdrum, Idaho 83858, until further notice or order of the Court.

DATED this ____ day of _____, 2011.

_____
TIM VAN VALIN
Attorney for Defendant

NOTICE OF APPEARANCE - 2

CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was:

_____ mailed, postage prepaid

__x__ transmitted by facsimile

_____ personally delivered

to:

Peter Erbland
Seann M. Mumford
Paine Hamblin LLC
FAXED 664-6338

Randall Tetzner
1318 E. Locust
Coeur d'Alene, Idaho 83814

this 4th day of April, 2011.

By _____
    Deborah Van Valin

NOTICE OF APPEARANCE - 3