IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Randall Tetzner                          )
                                         )
                                         )
            Plaintiff,                   )  Case No. CV 07-35-N-ELJ-LMB
                                         )
vs.                                      )
                                         )
Kootenai County, Idaho. et al            )
                                         )

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Randall Tetzner, declare under penalty of perjury that the

following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Complaint was served upon the defendant on 3/4/2011,

no response has been served within the time allowed by law nor has defendant sought additional

time within which to respond, and Default has entered against the defendant,

.

3. The claim of the plaintiff is for the actions to be deemed illegal and/or unconstitutional, for

compensatory damages, economic loss, that plaintiffs civil rights were violated specifically those

protected by Title V of the ADA Sec. 503 **PROHIBITION AGAINST RETALIATION AND**

**COERCION** 42 USC 12203 in violation of this act as plaintiff was advocating for a disabled

person and was assaulted and battered. In an amount deemed reasonable by the court after a

hearing along with punitive damages in an amount deemed reasonable by the court and in an

amount that will act as a warning to others and to deter future like conduct

plus interest from the date of judgment as provided by law, together with the costs of this action.

Plaintiff _____

Sworn to and subscribed before Leslie A LaFleur

me this day of , November 29, 2012

Notary Public _____

My Commission Expires: 4/30/2013