UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RANDALL TETZNER , | ) ) | Case No. CV 07-00035-LMB |
| Plaintiff, | ) ) ) | **ORDER FOR DISMISSAL WITH** |
| vs. | ) ) | **PREJUDICE** |
| KOOTENAI COUNTY, et al, | ) ) ) | |
| Defendants. | ) ) | |

This is before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. 76). After reviewing the stipulation, the record, and good cause appearing:

It is hereby ORDERED that Defendants Kootenai County, Idaho, Kootenai County Commissioners Rick Currie, Gus Johnson, Katie Brody, Richard Panabaker, former Kootenai County Attorney Erica Ellingson a/k/a Erica Grubbs, Former Personnel Director of Kootenai County Cheri Bates, and Kootenai County John Doe Agents 2 through 50 are DISMISSED WITH PREJUDICE from this action, and each party shall bear their own fees and costs.

DATED: December 3, 2012

Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1