PETER C. ERBLAND, ISBA #2456
PAINE HAMBLEN LLP
701 E. Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RANDALL TETZNER , | ) | Case No. CV 07-00035-LMB |
| | ) | |
| Plaintiff, | ) | **RESPONSE OF KOOTENAI COUNTY** |
| | ) | **DEFENDANTS TO PLAINTIFF'S** |
| vs. | ) | **MOTION FOR DEFAULT JUDGMENT** |
| | ) | |
| KOOTENAI COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a Motion for Default Judgment against defendant Michael Borg.  (Dkt. 77)  The Kootenai County defendants have been dismissed from this action by Stipulation (Dkt. 76) and by Order of this Court entered on December 3, 2012.  (Dkt. 78)  The defendants who have been dismissed from this action are Kootenai County, Idaho, Kootenai County Commissioners Rick Currie, Gus Johnson, Katie Brody, Richard Panabaker, former Kootenai County Attorney Erica Ellingsen aka Erica Grubbs, former personal director of Kootenai County, Cherie Bates, and Kootenai County John Doe Agents 2 through 50.  *Id.*

The undersigned does not represent defendant Michael Borg.  According to the files and records of this case, defendant Michael Borg is represented by attorney Timothy L. Van Valin.

**RESPONSE OF KOOTENAI COUNTY DEFENDANTS
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1**

Because the Kootenai County defendants listed above are not subject to plaintiff's Motion for Default and have been dismissed from this action, the undersigned takes no position on plaintiff's Motion for Default.

DATED this ___ day of December, 2012.

PAINE HAMBLEN LLP

PETER C. ERBLAND
Attorney for the Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The foregoing was also served on the following person in the manner set forth below:

Randall Tetzner            ☐   CM/ECF SYSTEM
1318 E. Locust             ☑   US MAIL
Coeur d'Alene, ID  83814   ☐   TELECOPY (FAX) to:
                           ☐   E-MAIL TO:

Timothy L. Van Valin       ☐   CM/ECF SYSTEM
Attorney at Law            ☑   US MAIL
14020 Thayer St.
PO Box 1228
Rathdrum, ID 83858

By: _____

H:\CDADOCS\00228\00241\PLEAD\C103008

**RESPONSE OF KOOTENAI COUNTY DEFENDANTS
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2**