United States District Court  U.S COURTS
For the District of Idaho Rcvd
                                      JAN 0 8 2013
                                      Filed _____ Time 9:55
                                      ELIZABETH A. SMITH
                                      CLERK, DISTRICT OF IDAHO

Randall Tetzner                    )
        plaintiff                  )    case no. 2:07-cv-00035-LMB
vs                                 )
Kootenai County, et. al            )
                                   )

        Motion to Reconsider Order of 12-14-12

The court has ignored my Motion for Default
Judgement and entered the wrong party for
dismissal. The court seeks to remove Watson
Agency, a party not yet served, a party who
filed false paperwork to the Idaho Secretary
of State to hide from process servers by using a
fake address (Separate motion to be filed on
Watson) The plaintiff sought a default
judgement on Mike Bragdon (mike Boug) alca
John Doe #1. This defendant had an attorney
file an appearance only to plaintiff and defendant,
never to the court, they never filed an answer
Kootenai County filed an answer and settled
Mike Bragdon was served, please see the
return in the record, seeking to dismiss
a served party is clearly reversible error and
to force a poor Pro Se plaintiff to go

through an appeal would be cruel. Therefore plaintiff requests the court to address the sole content of Plaintiffs Motion for Default Judgement against mikel Bragdon Aka Mike Bong.

Rodell Tetzner

I mailed a copy 1st class mail, postage prepaid to Mike Bragdon aka Mike Bong's attorney Timothy L. Van Valin, 14020 Thayer St PO Box 1228, Rathdrum, Id. 83858