UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| RANDALL TETZNER , | ) ) | Case No. 2:07-cv-00035-LMB |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| KOOTENAI COUNTY, RICK CURRIE, GUS JOHNSON, KATIE BRODY, RICHARD PANABAKER, ERICA ELLINGSON aka ERICA GRUBBS, CHERI BATES, WATSON AGENCY, INC., JOHN WEICK, JULIE WEICK, and MIKE BRAGDON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On December 3, 2012, all defendants except Watson Agency, Inc., Watson Agency President John Weick, Watson Agency CEO Julie Weick, and Watson Agency employee Mike Bragdon ("Watson Agency Defendants") were dismissed with prejudice by stipulation. (*Order*, Dkt. 78). On December 14, 2012, the Court ordered Plaintiff to show cause why the Watson Agency Defendants should not be dismissed for failure to prefect proper service. (*Order*, Dkt. 80). The Court gave Plaintiff until January 15, 2013 to show why those defendants should not be dismissed as "it appears that service may have been inadequate and not in compliance with the requirements of Federal Rule of Civil Procedure 4.

**ORDER - 1**

On January 8, 2013, Plaintiff filed his response to the Court's show cause order in the form of a motion to reconsider. (*Motion to Reconsider*, Dkt. 81). Therein, Plaintiff admits that the Watson Agency Defendants have not yet been served. (*Id*. at 1). Plaintiff claims instead that the Watson Agency Defendants "filed false paperwork to the Idaho Secretary of State to hide from process servers by using a fake address." (*Id*.) Plaintiff, however, does not support this thread-bare allegation with an affidavit or any sworn evidence.

Considering Plaintiff's admission that the Watson Agency Defendants have not been served, dismissal of the remaining defendants, and the case in whole, is appropriate.

## ORDER

Accordingly, it is hereby ORDERED:

1.  The Watson Agency Defendants are DISMISSED;

2.  Plaintiff's Complaint (Dkt. 1) is DISMISSED;

3.  Plaintiff's Motion to Reconsider is DENIED; and

4.  The action is CLOSED.

DATED: January 16, 2013

Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER - 2